IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ORIUS CORP., et al., | ) | Case No. 05-63876 |
| | ) | (Jointly Administered Cases) |
| Debtors. | ) | |
| | ) | Hon. Bruce W. Black |
| | ) | |

## SECOND ORDER AMENDING FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL AND ADEQUATE PROTECTION

This matter came before the Court on the motion (the "**Motion**") made by Orius Corp. and the other jointly administered debtors in these cases, as debtors and debtors in possession (collectively, the "**Debtors**"), for approval and entry of an order amending the Final Order Authorizing Use of Cash Collateral and Adequate Protection entered by the Court on January 10, 2006, as previously amended (the "**Amendment Order**") by the Order Amending Final Order Authorizing Use of Cash Collateral and Adequate Protection entered by the Court on March 29, 2006 (collectively, the "**Final Cash Collateral Order**")[1].

Based on the Motion and the statements of respective counsel for the Debtors, the Agent and other parties in interest, and having determined that due and proper notice of the hearing on the Motion was given, IT IS HEREBY ORDERED THAT:

1. On and after March 1, 2006, the Operating Budget as defined in the Final Cash Collateral Order shall be the operating budget attached as Exhibit A to the Amendment Order together with the operating budget attached as Exhibit A hereto and incorporated herein by this reference.

---

[1] Capitalized terms used and not defined herein shall have the meaning set forth in the Final Cash Collateral Order.

2. Clauses (g) through (o) of Decretal Paragraph 13 of the Final Cash Collateral Order shall be replaced with the following:

"(g) the payment by the Debtors, without the Agent's written consent in each instance, of aggregate disbursements on a cumulative basis for the period from the commencement of the Operating Budget through the end of each calendar week thereafter, taking each such period as one accounting period, in excess of 103% of such disbursements projected to be made in the Operating Budget; (h) the payment by the Debtors without the Agent's prior written consent in each instance of any expenditure that is not reflected as an expense category in the Operating Budget; (i) any of the Debtors breach or otherwise fail to abide by any of the terms or provisions of this Final Cash Collateral Order; (j) a plan of liquidation satisfactory to the Agent, together with a disclosure statement therefor, shall not have been filed by the Debtors with the Court by June 30, 2006; (k) the confirmation hearing for such plan of liquidation shall not have been held by August 18, 2006; or (l) Borrower shall modify its existing cash management system without the prior express written consent of the Agent in each instance."

3. The date "May 31, 2006" appearing in Decretal Paragraph 14 of the Final Cash Collateral Order shall be replaced with the date "August 31, 2006."

4. Decretal Paragraph 16 of the Final Cash Collateral Order shall be replaced in full with the following:

"16. The Debtors shall further provide the Agent with such information as the Agent may reasonably request concerning the Debtors' business operations and the financial condition of the Debtors, including without limitation, the following

items: (i) by the third (3rd) Business Day in each calendar week, for the period from the commencement of the Operating Budget through the end of the prior calendar week a reconciliation of actual cash expenditures to budgeted expenditures in form and detail satisfactory to the Agent, (ii) by June 16, 2006, and thereafter at the request of the Agent from time to time, a revised operating budget, to be used for informational purposes only, prepared on a thirteen (13) calendar week basis in form and substance satisfactory to the Agent, (iii) by the 20th day of each calendar month, a written report from the Debtors in form and detail satisfactory to the Agent reviewing the status of all customer contracts, trade accounts receivable, unbilled trade accounts receivable and Standby Letters of Credit (to include, with respect to Standby Letters of Credit, the face amount, date of issuance, identification number, expiry date, outstanding balance and status of the project or other purpose for which each such Standby Letter of Credit was issued), (iv) by close of business on the first Business Day of each calendar week, a report in form and detail satisfactory to the Agent reflecting the cash balances in each of the Debtors' bank accounts as of the end of the preceding business week, (v) by the third (3rd) Business Day of each calendar week, a status report on customer and subcontractor lien settlements and trust account receipts, in form and detail satisfactory to the Agent, and (vi) such other information as the Agent shall reasonably request. The Debtors shall also provide the United States Trustee and counsel for the Committee with such information. The Debtors also shall allow the Agent to audit the books and records of the Debtors upon the written request of the Agent."

5. In all other respects, the Final Cash Collateral Order shall remain in full force and effect in accordance with its terms.

6. This Order is immediately valid and fully effective upon its entry.

Dated: June 1, 2006

JUN 0 1 2006

/s/ Bruce W. Bealy
_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

EXHIBIT A

Orius Corp
Cash Flow Weekly Budget

| Week Ending | 2-Jun | 9-Jun | 16-Jun | 23-Jun | 30-Jun | 7-Jul | 14-Jul | 21-Jul | 28-Jul | 4-Aug | 11-Aug | 18-Aug | 25-Aug |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
| **Receipts** | | | | | | | | | | | | | |
| Trade | 196,858 | 196,858 | 196,858 | 196,858 | 196,858 | 164,048 | 164,048 | 164,048 | 164,048 | 123,036 | 123,036 | 123,036 | 123,036 |
| Trust | 238,223 | 238,223 | 238,223 | 238,223 | 238,223 | 238,223 | 238,223 | 238,223 | 238,223 | 119,111 | 119,111 | 119,111 | 119,111 |
| Consideration from Buyer | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | 200,000 |
| **Total Receipts** | 435,081 | 435,081 | 435,081 | 435,081 | 435,081 | 402,271 | 402,271 | 402,271 | 402,271 | 242,148 | 242,148 | 242,148 | 442,148 |
| **Disbursements** | | | | | | | | | | | | | |
| Lien Settlements and Claims | 163,286 | 163,286 | 163,286 | 163,286 | 163,286 | 163,286 | 163,286 | 163,286 | 163,286 | 81,643 | 81,643 | 81,643 | 81,643 |
| Operating Payroll (incl WARN) | | | | | | | | | | | | | |
| Trade, Subcontractors and Other Operating | | | | | | | | | | | | | |
| Wind Down Payroll | | | 34,322 | | 107,655 | | 21,649 | | 21,649 | | 21,649 | | 21,649 |
| Insurance Premiums | | | | 10,000 | | | | 10,000 | | | | 10,000 | |
| Insurance Claims | | | 100,000 | 50,000 | | | 100,000 | 50,000 | | | 100,000 | 50,000 | |
| Professional Fees | | | | | 60,000 | | | | 10,000 | | | | 10,000 |
| Unsecured Creditors Committee | | | | | | | | | | | | | |
| Other Wind Down Costs | 15,150 | 10,100 | 5,050 | 10,100 | 10,100 | 17,360 | 8,680 | 4,340 | 13,020 | 16,360 | 8,180 | 4,090 | 12,270 |
| Transaction Related Expenses | | | | | | | | | | | | | |
| Interest Expense | | | | | | | | | | | | | |
| **Total Disbursements** | 178,436 | 173,386 | 302,658 | 233,386 | 341,041 | 180,646 | 293,615 | 227,626 | 207,955 | 98,003 | 211,472 | 145,733 | 125,562 |
| Projected Net Cash Flow from Operations | 256,645 | 261,695 | 132,423 | 201,695 | 94,039 | 221,625 | 108,656 | 174,645 | 194,316 | 144,145 | 30,676 | 96,415 | 316,586 |

PROPRIETARY AND CONFIDENTIAL