# EXHIBIT E

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ORIUS CORP., et al., | ) | Case No. 05-63876 |
| | ) | (Jointly Administered) |
| Debtors, | ) | |
| | ) | Hon. Bruce W. Black |
| | ) | |

## ORDER APPROVING FINAL FEE APPLICATION OF CONWAY, DEL GENIO, GRIES, & CO., LLC AS FINANCIAL ADVISORS FOR ORIUS CORP. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the final fee application (the "Application")[1] of the firm of Conway, Del Genio, Gries, & Co., LLC ("CDG") requesting the entry of an order pursuant to 11 U.S.C. §§ 330 and 331, Rules 2002(a)(6), 9006(c)(1) and 9007 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 5082-1 for the allowance of $861,392.13 in compensation for 583.0 hours of professional services rendered as financial advisors to Orius Corp. and its affiliates (collectively, the "Debtors")[2] for the period December 12, 2005 through and including December 21, 2006 (the "Application Period"), and the reimbursement of $12,844.01 for actual costs incurred incident to those services during the Application Period; due and proper notice of the Application having been provided; the Court, having jurisdiction to hear and determine the Application; it appearing that there is good cause to grant the relief requested; there being no objection to the requested relief, it is hereby ORDERED as follows:

1. The Application is allowed.

2. Notice of the Application as provided for therein is sufficient.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.
[2] The Debtors in the above-captioned case are Orius Corp., NATG Holdings, LLC, Orius Telecom Services, Inc., Orius Telecommunications Services, Inc., Orius Central Office Services, Inc., Texor, Inc., CATV Subscriber Services, Inc., Hattech, Inc., Channel Communications, Inc., LISN, Inc., Copenhagen Utilities & Construction, Inc., LISN Company, and U.S. Cable, Inc.

CHI1 1294646v1

3. CDG is allowed $861,392.13 in compensation for the Application Period beginning December 12, 2005 through and including December 21, 2006.

4. CDG is allowed $12,844.01 in expense reimbursement for the Application Period beginning December 12, 2005 through and including December 21, 2006.

5. CDG is authorized and directed to pay the Orius Liquidating Trust $4,183.36, which amounts represent the difference between the Retainer Balance and the unpaid compensation and expenses due to CDG.

6. The extended notice of the Application is approved pursuant to Bankruptcy Rule 9006(b)(1)

7. This Court shall retain jurisdiction to enforce, interpret, clarify, amend, or supplement this Order upon further notice and hearing.

Dated: _____, 2007

_____
UNITED STATES BANKRUPTCY JUDGE

CHI1 1294646v1