IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ORIUS CORP., et al., | ) | Case No. 05-63876 |
| | ) | (Jointly Administered) |
| Debtors, | ) | |
| | ) | Hon. Bruce W. Black |
| | ) | |
| | ) | Hearing Date: February 28, 2007 |
| | ) | Hearing Time: 9:30 a.m. |

## NOTICE OF MOTION AND NOTICE OF HEARING

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that on **Wednesday, February 28, 2007 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Bruce W. Black, United States Bankruptcy Judge, in the room usually occupied by him as a Courtroom in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in his absence, before such other Judge who may be sitting in his place and stead and hearing bankruptcy motions, and shall then and there present the **Final Fee Application of Murphy Austin Adams Schoenfeld LLP as Special Litigation Counsel for Orius Corp. for Allowance of Compensation and Reimbursement of Expenses, Limited Notice and Related Relief**, a copy of which was served upon you on January 19, 2007, and shall pray for the entry of an order in conformity with the prayer of said motion.

Dated: January 19, 2007                                 Respectfully submitted,

                                                        LORD BISSELL & BROOK LLP


                                                             /s/ Timothy S. McFadden
                                                        One of their attorneys

                                                        Forrest B. Lammiman
                                                        Timothy W. Brink
                                                        Aaron C. Smith
                                                        Timothy S. McFadden
                                                        Lord, Bissell & Brook LLP
                                                        115 South LaSalle Street
                                                        Chicago, IL  60603
                                                        Tel: (312) 443-0675
                                                        Fax: (312) 443-6295

CHI1 1289084v1

## CERTIFICATE OF SERVICE

I, Timothy S. McFadden, hereby certify that I caused copies of the foregoing **Final Fee Application of Murphy Austin Adams Schoenfeld LLP as Special Litigation Counsel for Orius Corp. for Allowance of Compensation and Reimbursement of Expenses, Limited Notice and Related Relief** to be served upon the parties listed on the attached Service List, by first-class United States Mail, postage-prepaid, on this 19th day of January, 2007.

                                      /s/ Timothy S. McFadden
                                        Timothy S. McFadden

Forrest B. Lammiman
Timothy W. Brink
Aaron C. Smith
Timothy S. McFadden
Folarin S. Dosunmu
Lord, Bissell & Brook LLP
115 South LaSalle Street
Chicago, IL  60603
Tel: (312) 443-0675
Fax: (312) 443-6295

# GENERAL SERVICE LIST

| **United States Trustee** | **Prepetition Lenders' Counsel** |
|---|---|
| United States Trustee<br>227 West Monroe Street<br>Suite 3350<br>Chicago, Illinois  60606<br>Fax:  (312) 886-5794 | Matthew J. Botica<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, Illinois 60601-9703<br>Fax: (312) 558-5700<br>mbotica@winston.com |
| **Agent to the Prepetition Lenders** | **Creditors' Committee Counsel** |
| Deutsche Bank Trust Company Americas,<br>as Administrative Agent<br>31 West 52nd Street<br>New York, NY  10020<br>Attention: Robert Wood<br>Fax: (212) 797-5695 | Harley J. Goldstein<br>Aaron L. Hammer<br>Thomas R. Fawkes<br>Joji Takada<br>**FREEBORN & PETERS LLP**<br>311 South Wacker Drive, Suite 3000<br>Chicago, IL  60606-6677<br>Telephone:  (312) 360-6520<br>Fax: (312) 360-6520 |
| **Governmental Agencies** | **Buyers and Counsel to the Buyers** |
| Illinois Department of Employment Security<br>Bankruptcy Unit<br>33 South State Street<br>Chicago, IL  60603<br>Attn:  Darrell Johnson<br>Telephone:  (312) 793-9475<br>Fax:  (312)793-4350<br><br>Internal Revenue Service<br>230 S. Dearborn Street, Mail Stop 5010 CHI<br>Attn:  Genora Reed<br>Chicago, IL 60604<br>Fax:  (312) 566-2826<br><br>Illinois Department of Revenue<br>Bankruptcy Section, Level 7-425<br>100 W. Randolph Street<br>Chicago, IL  60601<br>Telephone:  (312) 814-3704<br>Fax:  (312) 814-4045 | Hilco Industrial, LLC<br>Attn:  Eric W. Kaup,Esq.<br>One Northbrook Place<br>5 Revere Drive<br>Suite j206<br>Northbrook, iL  60062<br>Email:  ekaup@hilcotrading.com<br>Fax:  (847) 897-0766<br><br>Schatz Enterprises, Inc.<br>Attn:  David Schatz<br>P.O. Box 92<br>700 Schatz Lane<br>Sullivan, MO  63080<br>Fax:  (636) 742-4990 |

CHI1 1289084v1

Michael E. Kaemmerer
McCarthy, Leonard, Kaemmerer, Own,
McGovern & Striler, L.C.
Counsel for Schatz Enterprises, Inc.
400 South Woods Mill Road - Suite 250
Chesterfield, MO 63017
Fax: (314) 392-5221

**Parties Requesting Notice**

Kevin B. Duff
Edwin L. Durham
RACHLIS, DURHAM, DUFF & ADLER, LLC
**Counsel for Qwest Corporation**
542 S. Dearborn Street, Suite 1310
Chicago IL 60605
Telephone: (312) 733-3390
Fax: (312) 733-3952
kduff@rddlaw.net
eldurham@rddlaw.net

Andrew H. Sherman
**SILLS CUMMIS EPSTEIN & GROSS PC**
**Counsel for Qwest Corporation**
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
Fax: (973) 643-6500
asherman@ sillscummis.com

John Stine
GE Commercial Finance Capital Solutions
Operations Counsel Special Assets
10 Riverway Drive
Danbury, CT 06812
Telephone: (203) 749-6734
Fax: (203) 749-4530
Email: john.stine@ge.com

Randall M. Smith
**SMITH & BROCKHAGE, LLP**
**Counsel for City of Santa Rosa, California**
3480 Buskirk Avenue, Suite 200
Pleasant Hill, CA 94523
Telephone: (925) 296-0636
Fax: (925) 296-0640

Brian J. Farrell
Patrick C. Wilson
**CITY ATTORNEY'S OFFICE**
**Counsel for City of Santa Rosa, California**
100 Santa Rosa Avenue - Room 8
Santa Rosa, CA 95402
Telephone: 707-543-3040
Fax: (707) 543-3055

Gene R. Clark
HSBC Mortgage Services
1270 Northland Drive, Suite 200
Mendota Heights, MN 55120

CHI1 1289084v1

Jay A. Kohler
**Counsel for K&M Services**
**d/b/a K/M Services**
482 Constitution Way, Suite 313
Idaho Falls, ID  83402
Telephone:  208-524-3272
Fax:  (208) 524-3619

Big Shot Underground Utility Specialists, LLC
Robert Cowherd
**CHAPMAN, COWHERD, TURNER &**
**TSCHANNEN, P.C.**
903 Jackson Street
Chillicothe, MO  64601
Telephone:  660-646-0627
Fax: (660) 646-1105
Email: dthompson@ccttlaw.com

Eric S. Prezant, Esq
Leslie Allen Bayles, Esq.
**VEDDER, PRICE, KAUFMAN &**
**KAMMHOLZ, P.C.**
**Counsel for Delaine Randall**
222 North LaSalle Street
Suite 2600
Chicago, IL  60601-1003
Telephone: (312) 609-7500
Fax: (312) 609-5005
eprezant@vedderprice.com
lbayles@vedderprice.com

Elizabeth Weller
**LINEBARGER GOGGAN BLAIR &**
**SAMPSON, LLP**
**Counsel for Dallas County**
2323 Bryan Street
Suite 1600
Dallas, TX  75201
Telephone:  (214) 880-0089
Fax: (469) 221-5002
Email:  dallas.bankruptcy@publicans.com

Darryl S. Laddin
Frank N. White
Arnall Golden Gregory LLP
171 17th Street NW, Suite 210
Atlanta, GA  30363-1031
Fax: (404) 873-8121

Mary E. Lopinot
**MATHIS, MARIFIAN, RICHTER &**
**GRANDY, LTD.**
**Counsel for Delaine Randall**
23 Public Square, Suite 300
P.O. Box 307
Beleville, IL  62220
Telephone: (618) 234-9800
Fax: (618) 234-9786

Harold E. McKee
Mary E. Gardner
**RIORDAN, DONNELLY, LIPINSKI &**
**MCKEE LTD.**
**Counsel for Diversified Directional Boring,**
**Inc. and Facteon, Inc.**
10 North Dearborn Street
4th Floor
Chicago, IL  60602
Telephone: (312) 663-9400
Fax:  (312) 663-1028

Jed W. Manwaring, Esq.
**EVANS KEANE LLP**
**Counsel for Idaho Power Company**
P.O. Box 959
1405 West Main Street
Boise, ID  83701
Telephone:  (208) 384-1800
Fax:  (208) 345-3514
Email:  jmanwaring@evanskeane.com

| | |
|---|---|
| Michael M. Eidelman<br>Ryan O. Lawlor<br>**VEDDER, PRICE, KAUFMAN &**<br>**KAUFMAN & KAMHOLZ, P.C.**<br>**Local Counsel for Idaho Power Company**<br>222 North LaSalle Street<br>Suite 2600<br>Chicago, IL  60601-1003<br>Telephone: (312) 609-7500<br>Facsimile: (312) 609-5005<br>Email:  meidelman@vedderprice.com<br>rlawlor@vedderprice.com | Patricia E. Rademacher<br>Jennifer Rojas<br>**COSTON & RADEMACHER**<br>**Counsel for General Electric Capital**<br>**Corporation**<br>105 West Adams<br>Suite #1400<br>Chicago, IL  60603<br>Telephone:  (312) 205-1010<br>Fax:  (312) 205-1011<br>Email: prademacher@costonlaw.com<br>jrojas@costonlaw.com |
| Kenneth A. Cripe, Esq.<br>**CONWAY & MROWIEC**<br>20 S. Clark Street<br>Suite 750<br>Chicago, IL  60603<br>Telephone: (312) 658-1100<br>Fax:  (312) 658-1201<br>kac@cmcontractors.com | Mark Sorrentino<br>State of Maryland Department of Labor,<br>Licensing and Regulation<br>Office of Unemployment Insurance<br>Contributions Division<br>Litigation and Prosecution Unit<br>1100 North Eutaw Street<br>Room 401<br>Baltimore, MD  21201<br>Fax:  (410) 333-5059 |
| Richard G. Jensen<br>**FABYANSKE, WESTRA, HART &**<br>**THOMSON, P.A.**<br>800 N. LaSalle Avenue, Suite 1900<br>Minneapolis, MN  55402<br>Telephone:  (612) 359-7600<br>Fax:  (612) 338-3857 | Steven A. Ginther<br>Missouri Department of Revenue<br>General Counsel's Office<br>301 W. High Street, Room 670<br>P.O. Box 475<br>Jefferson City, MO  65105-0475<br>Telephone:  (573) 751-5531<br>Fax: (573) 751-7232 |
| Brian J. Farrell<br>Patrick C. Wilson<br>**CITY ATTORNEY'S OFFICE**<br>**Counsel for City of Santa Rosa, California**<br>100 Santa Rosa Avenue - Room 8<br>Santa Rosa, CA  95402<br>Telephone:  707-543-3040<br>Fax:  (707) 543-3055 | Francis X. Buckley, Jr.<br>Seth A. Albin<br>**THOMPSON COBURN LLP**<br>**Counsel for Gahr Line and Cable LLC**<br>One U.S. Bank Plaza<br>St. Louis, MO  63101<br>Telephone: (314) 552-6010<br>Fax:  (314) 552-7010<br>fbuckley@thompsoncoburn.com<br>salbin@thompsoncoburn.com |

CHI1 1289084v1

| | |
|---|---|
| John F. West<br>**VINSON & ELKINS, L.L.P.**<br>**Counsel for RLI Insurance Company**<br>2300 First City Tower<br>1001 Fannin Street<br>Houston, TX  77002<br>Fax:  (713) 615-5841<br>Email:  jwest@velaw.com | Anthony L. Leffert<br>**ROBINSON WATERS O'DORISIO**<br>1099 18th Street - Suite 2600<br>Denver, CO  80202-1926<br>Fax:  (303) 297-2750 |
| **COUNSEL FOR CASE CREDIT CORPORATION**<br>Gary E. Green<br>William Kent Carter<br>**FAGEL HABER LLC**<br>**Counsel for Case Credit Corporation**<br>55 East Monroe Street<br>Chicago, IL  60603<br>Telephone:  (312) 346-7500<br>Fax:  (312) 782-7115<br>ggreen@fagelhaber.com<br>wcarter@fagelhaber.com | Bankruptcy Administration<br>IKON Financial Services<br>1738 Bass Road<br>P.O. Box 1378<br>Macon, GA  31208-3708<br>Telephone:  (478) 405-4001<br>Fax:  (478) 405-4043 |
| Amy Galvin Grogan<br>**GARELLI & ASSOCIATES, P.C.**<br>340 W. Butterfield Road<br>Suite 2A<br>Elmhurst, IL  60126<br>**As Counsel for Defendant:**<br>    Collins Consulting, Inc.<br>Telephone:  630-833-5533<br>Fax:  630-833-6855 | John P. Dillman<br>**LINEBARGER COGGAN BLAIR & SAMPSON, LLP**<br>1301 Travis St #300<br>Houston, TX  77002<br>**As Counsel for Defendants:**<br>    Harris County<br>    Dallas County<br>    City of Houston ISD<br>Telephone:  713-844-3478<br>Fax:  713-844-3503<br>houston_bankruptcy@publicans.com |
| Qwest Corporation<br>Attn:  Mark D. Schmidt<br>700 Mineral Ave., MN B1429<br>Littleton, CO  80120<br>Telephone:  303-707-2774<br>Fax:  303-707-7448 | Howard A. Wolf-Rodda<br>**EPSTEIN BECKER & GREEN, P.C.**<br>1227 25th Street, N.W.<br>Suite 700<br>Washington, D.C.  20037<br>**As Counsel for Defendant:**<br>    Field Support Services, Inc.<br>Telephone:  202-861-1899<br>Fax:  202-861-3535 |

CHI1 1289084v1

Kristine Stamps
c/o Qwest Services Corporation
200 S. 5th Street, Suite 2300
Minneapolis, MN  55402

Hans U. Stucki
Kevin J. Ryan
**EPSTEIN BECKER & GREEN, P.C.**
150 N. Michigan Avenue
Chicago, IL  60601
**As Counsel for Defendant:**
    **Field Support Services, Inc.**
Telephone:  312-845-1948
Fax: 312-845-1998

Tennessee Department of Revenue
c/o TN Attorney General's Office,
Bankruptcy Division
P.O. Box 20207
Nashville, TN  37202-0207
Telephone: 615-532-2504
Fax: 615-741-3334

Timothy L. Binetti
**RIFFNER, BARBER, ROWDEN & MANASSA**
1834 Walden Office Square
Suite 500
Schaumburg, IL  60173
Telephone:  847-303-0107
Fax:  847-303-6621
**As Counsel for Defendants:**
  **3C Construction & Landscape, Inc.**      **Direct Buried Construction, Inc.**
  **JT&T**                                    **Hanco Utilities**
  **Beckstrom Construction**                  **Metropolitan Underground**
  **Leeb Underground LLC**                        **Services, Inc.**
  **Christensen Utilities**                   **Eagle West, Inc.**
  **Metro Underground, Inc.**                 **Mudman Utilities, Inc.**
                                              **Red Line Tech LLC**

CHI1 1289084v1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ORIUS CORP., et al., | ) | Case No. 05-63876 |
| | ) | (Jointly Administered Cases) |
| Debtors, | ) | |
| | ) | Hon. Bruce W. Black |
| | ) | |
| | ) | Hearing Date: February 28, 2007 |
| | ) | Hearing Time: 9:30 a.m. |

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**

| | |
|---|---|
| Name of Applicant: | Murphy Austin Adams Schoenfeld LLP |
| Authorized to Provide Professional Services to: | Orius Corp. and its related debtor entities |
| Date of Order Authorizing Employment: | March 29, 2006 effective December 12, 2005 |
| Period for Which Compensation is Sought: | December 12, 2005 through December 21, 2006 |
| Amount of Fees Sought: | $49,834.20 |
| Amount of Expense Reimbursement Sought: | $3,641.93 |

This is a(n): _____ Interim Application    __X__ Final Application

If this is <u>not</u> the first application filed herein filed by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is $38,085.70.

| | |
|---|---|
| Applicant: | MURPHY AUSTIN ADAMS SCHOENFELD LLP |
| Date: January 19, 2007 | By: /s/ Kenneth I. Schumaker |

CHI1 1289084v1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ORIUS CORP., et al., | ) | Case No. 05-63876 |
| | ) | (Jointly Administered) |
| Debtors, | ) | |
| | ) | Hon. Bruce W. Black |
| | ) | |
| | ) | Hearing Date: February 28, 2007 |
| | ) | Hearing Time: 9:30 a.m. |

**FINAL FEE APPLICATION OF MURPHY AUSTIN ADAMS SCHOENFELD LLP AS SPECIAL PURPOSE LITIGATION COUNSEL FOR ORIUS CORP. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES, LIMITED NOTICE AND RELATED RELIEF**

Murphy Austin Adams Schoenfeld LLP ("MA") applies to this Court pursuant to 11 U.S.C. §§ 330 and 331, Rules 2002(a)(6), 2016(a), 9006(c)(1) and 9007 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 5082-1 for the allowance of $49,834.20 in compensation for professional services rendered as special purpose litigation counsel to Orius Corp. and its affiliates (collectively, the "Debtors")[1] for the period December 12, 2005 through and including December 21, 2006 (the "Application Period"), and the reimbursement of $3,641.93 for actual costs incurred incident to those services. In addition, MA requests that additional notice to all creditors of the hearing on this application (the "Application") be waived. In support of this Application, MA states as follows:

---

[1] The Debtors in the above-captioned case are Orius Corp., NATG Holdings, LLC, Orius Telecom Services, Inc., Orius Telecommunications Services, Inc., Orius Central Office Services, Inc., Texor, Inc., CATV Subscriber Services, Inc., Hattech, Inc., Channel Communications, Inc., LISN, Inc., Copenhagen Utilities & Construction, Inc., LISN Company, and U.S. Cable, Inc.

CHI1 1289084v1

**BACKGROUND**

1. On December 12, 2005 (the "Petition Date"), each of the Debtors filed its respective voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of Illinois (the "Court"), commencing the above-captioned chapter 11 cases.

2. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

**RETENTION OF MA**

3. On February 2, 2005, Copenhagen Utilities and Construction, Inc. ("Copenhagen"), one of the Debtors in these chapter 11 cases, filed a complaint in the Sonoma County Superior Court of the State of California, Case No. SCU 236200, asserting a claim for an amount of at least $9,000,000 plus interest and attorneys fees against the City of Santa Rosa and other parties (collectively, the "Defendants") for breach of contract, breach of warranties, and related causes of action (the "Litigation") arising from a construction project performed by the Debtors. The Litigation relates to work performed for the Defendants by the Debtors for which the Debtors were not paid. Murphy Austin has represented the Debtors in the Litigation since its commencement in 2005, and represented the Debtors since 2004 in its dispute with the City of Santa Rosa. Prior to the stay being implemented by the Court, Copenhagen and the Defendants conducted written discovery, extensively reviewed documents, and the Debtors have submitted claims in excess of $9,000,000.

4. On March 24, 2006, the Debtors applied to this Court for an order approving the retention of MA as special purpose litigation counsel in connection with their bankruptcy cases

(collectively, the "Cases").  On March 29, 2006, this Court entered an order (the "Retention Order") approving the retention of MA as special purpose litigation counsel to the Debtors pursuant to an engagement letter dated March 23, 2006 (the "Engagement Letter").  A copy of the Retention Order is attached hereto as Exhibit A.  The Retention Order authorized MA to seek interim compensation and reimbursement of expenses pursuant to this Court's Order Establishing Professional Fee Application Procedures dated January 3, 2006 (the "Interim Compensation Order").

5. On October 1, 2006, the Debtors and entered into an Amended Agreement for Legal Services (the "Amended Agreement").  Among other things, the Amended Agreement provides that the Debtors shall pay MA 80% of their legal fees.  On January 11, 2006, upon the Debtors' motion, the Court entered an order (the "Approval Order") approving the Debtors' execution of the Amended Agreement nunc pro tunc to October 1, 2006.  A copy of the Approval Order is attached hereto as Exhibit B.

## GENERAL STATUS OF THE CASES

6. MA has been instrumental in providing legal advice and assistance to the Debtors in the process of evaluating the Litigation and the Debtors' options for pursuing the Litigation.

7. In evaluating this Application, this Court should consider the value of the services rendered by MA on behalf of the Debtors and the Debtors' estates, the nature and complexity of the issues presented, the skill required to perform the services properly, the customary fees charged by other professionals in these Cases and in similar cases, the experience and ability of the professionals involved, and the amount of awards of compensation in similar cases.  These factors, whether viewed individually or collectively, support an award of the requested compensation in full.

**SERVICES RENDERED BY MA**

8.      Throughout the Application Period, MA rendered in excess of 236 hours of legal services to the Debtors relating to the Litigation.  All of the services for which compensation is requested were services that, in MA's judgment, were necessarily rendered after due consideration of the expected costs and anticipated benefits of such services.  Attached to this Application as Exhibit C are detailed statements of the services rendered by MA, the amounts of time spent thereon, and the expenses incurred incident to these services.

9.      Each of the monthly invoices previously provided by MA to this Court and other parties entitled to notice thereof provide: (a) detailed descriptions of all services rendered in each of the above categories and (b) the timekeeper, date and amount of time expended in each category.  Summary charts for each category setting forth each professional who rendered services, total time and value of services and the total dollar value are provided herein.

10.     MA's services with respect to the Litigation are best characterized as "asset analysis and recovery" since the Debtors believe the Litigation is an asset of their estates.  MA worked with Lord Bissell & Brook LLP ("LBB"), the Debtors' bankruptcy counsel, and the Debtors' secured lenders (the "Lenders") to assess the Litigation and the Debtors' prospects for recovering assets in the Litigation.

11.     To accomplish the tasks described above, MA performed legal research, drafted briefs and memoranda, attended court hearing, and participated in meetings and telephone conferences with the Debtors, the Lenders, and LBB.  The chart below is a summary of the total amount of time entered by each timekeeper during the portion of the Application Period during which the Engagement Letter (rather than the Amended Agreement) was in effect, from December 12, 2005 through September 30, 2006.

| Professional | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Kenneth I. Schumaker | Partner | $210.00 (2005) | 1.5 | $315.00 |
| | | $235.00 (2006) | 111.6 | $26,226.00 |
| D. Michael Schoenfeld | Partner | $260.00 (2005) | .7 | $182.00 |
| | | $300.00 (2006) | 34.3 | $10,290.00 |
| Ryan J. Couzens | Associate | $215.00 (2005) | 16.2 | $3,483.00 |
| | | $220.00 (2006) | 8.1 | $1,782.00 |
| Lisa D. Nicolls | Associate | $190.00 (2006) | .5 | $95.00 |
| Todd A. Schaffer | Associate | N/A | 3.3 | $0.00 |
| **TOTAL** | | | **176.2** | **$42,373.00** |

12.     The chart below summarizes time entered by each timekeeper in the period during which the Amended Agreement was in effect between October 1, 2006 and December 21, 2006.

| Professional | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Kenneth I. Schumaker | Partner | $235.00 | 36.7 | $8,624.50 |
| D. Michael Schoenfeld | Partner | $300.00 | .8 | $240.00 |
| Ryan J. Couzens | Associate | $220.00 | 2.1 | $462.00 |
| Todd A. Schaffer | Associate | N/A | 3.3 | $0.00 |
| **TOTAL** | | | **60.6** | **$9,326.50** |

MA has not been paid any of the amounts reflected in this paragraph. Pursuant to the Amended Agreement, MA is entitled to be paid, and hereby requests to be paid 80% of the amount of services from this time period, or $7,461.20. Thus, by this Application, MA requests total fees in the amount of $49,834.20, which represents 100% of its fees from December 12, 2005 through October 1, 2006, and 80% of its fees from October 1, 2006 through December 21, 2006.

13.     The amount of time spent by MA with respect to the Litigation is reasonable given the difficulty of the issues presented, the time constraints imposed by the circumstances, the amounts at stake, the sophistication and experience of opposing counsels and the ultimate benefit to the estates.

14.     Given the criteria set forth in section 330 of the Bankruptcy Code, namely (i) the nature, extent and value of the services; (ii) the time spent; (iii) the rates charged for such

CHI1 1289084v1

services; (iv) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed; and (v) the reasonableness in other bankruptcy and non-bankruptcy matters, MA respectfully submits that the requested final compensation represents a fair and reasonable amount that should be allowed in full.

## EXPENSES

15. The actual and necessary costs expended by MA during the Application Period are detailed in the statements included in Exhibit C. The requested reimbursement amount for expenses incurred by MA is $3,641.93. All of the expenses for which reimbursement is sought are expenses that MA customarily recoups from all of its clients.

16. The specific expenses incurred during the Application Period for which reimbursement is requested are as follows:

| Category | Amount |
|---|---|
| Photocopies | $100.95 |
| Long Distance Telephone | $12.88 |
| Legal Research | $51.00 |
| Overnight Delivery | $277.38 |
| Travel | $2,985.00 |
| Supplies | $80.02 |
| Filing and Court Fees | $130.50 |
| Facsimile | $4.20 |
| **TOTAL** | **$3,641.93** |

17. All expenses incurred by MA incidental to its services were customary and necessary expenses. All expenses billed to the Debtors were billed in the same manner as MA bills non-bankruptcy clients. Further, the expenses for which reimbursement is sought constitute the types and amounts previously allowed by bankruptcy judges in this and other judicial districts.

CHI1 1289084v1

**PAYMENTS RECEIVED TO DATE**

18. Pursuant to the Retention Order and the Interim Compensation Order, MA submitted monthly notices of interim fees (each, a "Monthly Statement") to the Debtors, the Creditors' Committee, the Lenders, and other parties entitled to notice thereof in which MA sought interim compensation and expense reimbursement pursuant to the Interim Compensation Order. To date, MA has received $38,085.70 in payment of fees and expenses during the Application Period. MA has received no payments for its services from September 1, 2006 through September 30, 2006, during which the terms of the Engagement Letter were in effect. In addition, MA has not yet been paid for its services rendered to the Debtors between October 1, 2006 and December 21, 2006. The chart below sets forth the fees and expense reimbursements received by MA pursuant to the Monthly Statements during the Application Period.

| Statement for Period Ending: | Payments Actually Received | | |
|---|---|---|---|
| | 90% Fees | 100% Expenses | Subtotal |
| April 30, 2006 | $5,920.20 | $157.47 | **$6,077.67** |
| June 30, 2006 | $20,873.25 | $3,385.12 | **$24,258.37** |
| August 31, 2006 | $7,655.40 | $94.26 | **$7,749.66** |
| **Total** | **$34,448.85** | **$3,636.85** | **$38,085.70** |

19. MA received no objections to the Monthly Statements for the period beginning December 12, 2006 through and including August 31, 2006.

**PAYMENTS HELD BACK FROM MA PURSUANT TO THE ENGAGEMENT LETTER**

20. Pursuant to the Engagement Letter, Retention Order and the Interim Compensation Order, 10% of the fees earned by any professional were to be held back by the Debtors pending an interim and final application for fees. The chart below sets forth the fees

CHI1 1289084v1

earned by MA and held back by the Debtors pursuant to the Monthly Statements during the Application Period.

| Statement for Period Ending: | Amount of 10% Fee Holdback |
|---|---|
| April 30, 2006 | $657.80 |
| June 30, 2006 | $2,319.25 |
| August 31, 2006 | $850.60 |
| **Total** | **$3,827.65** |

## COMPLIANCE WITH 11 U.S.C. § 504

21.　Other than as provided for and allowed by 11 U.S.C. § 504, there is no agreement between MA and any other firm, person, or entity for the sharing or division of any compensation paid or payable to MA.

## NOTICE

22.　Notice of this Application has been provided to the (a) the Debtors; (b) the Office of the United States Trustee; (c) counsel to the Official Committee of Unsecured Creditors of Orius Corp.; (c) counsel to the Agent; and (d) parties who have requested notice in these cases. Based on the extent of notice already provided, MA respectfully requests that additional notice of the hearing on this Application be waived for good cause shown pursuant to Rules 2006(a), 2002(i) and 9007 of the Federal Rules of Bankruptcy Procedure.

23.　Based on the Court's limited availability in February 2007, and in light of the 20-day notice period prescribed in Bankruptcy Rule 2002(a), this Application has been noticed beyond the time prescribed for under Local Rule 9013-1. Based on the Court's calendar, MA respectfully requests that the Court approve such extended notice pursuant to Bankruptcy Rule 9006(b)(1).

WHEREFORE, MA requests that entry of an order, substantially in the form attached hereto as Exhibit D:

CHI1 1289084v1

(a)  Allowing final compensation to MA for the Application Period beginning December 12, 2005 through and including December 21, 2006 in the amount of $49,834.20;

(b)  Allowing expense reimbursement to MA for the Application Period beginning December 12, 2006 through and including December 21, 2006 in the amount of $3,641.93;

(c)  Authorizing and directing the Debtors to pay MA $15,390.43 in unpaid fees and expenses;

(d)  Waiving other and further notice of the hearing with respect to this Application;

(e)  Approving the extended notice of this application pursuant to Bankruptcy Rule 9006(b)(1); and

(f)  Providing MA with such additional relief as may be appropriate and just under the circumstances.

Dated: January 19, 2007   MURPHY AUSTIN ADAMS SCHOENFELD LLP

　　　　/s/ Kenneth I. Schumaker

Kenneth I. Schumaker
Murphy Austin Adams Schoenfeld LLP
304 S Street
Sacramento, CA 95814-6906
T: (916) 446-2300 Ext. 3091
F: (916) 503-4000

CHI1 1289084v1