# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ORIUS CORP., et al., ) | Case No. 05-63876 (Jointly Administered) |
| ) | |
| Debtors. ) | Hon. Bruce W. Black |
| ) | |

## ORDER GRANTING MOTION TO SUBSTITUTE HILL, WARD AND HENDERSON, P.A. AS DEBTORS' SPECIAL PURPOSE EMPLOYEE BENEFITS COUNSEL

This matter having come before the Court upon the Motion to Substitute the Law Firm Hill, Ward & Henderson, P.A. As Debtors' Special Purpose Employee Benefits Counsel dated October 31, 2006 (the "Motion"); by the Motion, Orius Corp. and the other debtors in possession in these jointly administered cases[1] (collectively, the "Debtors"), having requested that the Court enter an order authorizing the substitution of Hill Ward[2] for the law firm of Ward Rovell *nunc pro tunc* to July 1, 2006; the Court having found that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iv) the relief requested in the Motion is in the best interests of the Debtors, their estates and their creditors, (v) proper and adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary; and (vi) upon the record herein after due deliberation thereon good and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

---

[1] The Debtors are the following entities: Orius Corp., NATG Holdings, LLC, Orius Telecom Services, Inc., Orius Telecommunication Services, Inc., Orius Central Office Services, Inc., Texor, Inc., CATV Subscriber Services, Inc., Hattech, Inc., Channel Communications, Inc., LISN, Inc., Copenhagen Utilities & Construction, Inc., LISN Company and U.S. Cable, Inc.

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

CHI1 1264423v1

1. The Motion is GRANTED in its entirety.

2. The law firm of Hill Ward is hereby substituted in place of Ward Rovell as special purpose employee benefits counsel *nunc pro tunc* to July 1, 2006.

3. The Debtors are authorized pursuant to sections 327(e), 328(a) and 1107(a) of the Bankruptcy Code and Rule 2014(a) of the Bankruptcy Rules to retain and employ Hill Ward on the terms and conditions set forth in the Engagement Letter.

4. Hill Ward shall be compensated in accordance with the Engagement Letter, subject to sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules, the Local Bankruptcy Rules for the United States Bankruptcy Court for the Northern District of Illinois, the guidelines established by the Office of the United States Trustee, and all orders of this Court.

5. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the Application and/or the Order, including without limitation all interim and final applications of Hill Ward for compensation and reimbursement of expenses.

Dated:    Chicago, Illinois
          _____, 2006

*Bruce W. Black*
United States Bankruptcy Judge
11/2/2006

CHI1 1264423v1

2