IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ORIUS CORP., et al., | ) | Case No. 05-63876 |
| | ) | (Jointly Administered) |
| Debtors, | ) | |
| | ) | Hon. Bruce W. Black |
| | ) | |
| | ) | Hearing Date: February 28, 2007 |
| | ) | Hearing Time: 9:30 a.m. |

## NOTICE OF MOTION AND NOTICE OF HEARING

TO:    See Attached Service List

**PLEASE TAKE NOTICE** that on **Wednesday, February 28, 2007 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Bruce W. Black, United States Bankruptcy Judge, in the room usually occupied by him as a Courtroom in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in his absence, before such other Judge who may be sitting in his place and stead and hearing bankruptcy motions, and shall then and there present the **Final Fee Application of Field Jerger LLP as Special Purpose Litigation Counsel for Orius Corp. for Allowance of Compensation and Reimbursement of Expenses, Limited Notice and Related Relief**, a copy of which was served upon you on January 19, 2007, and shall pray for the entry of an order in conformity with the prayer of said motion.

Dated: January 19, 2007                                  Respectfully submitted,

                                                         LORD BISSELL & BROOK LLP


                                                             /s/ Timothy S. McFadden
                                                         One of their attorneys

                                                         Forrest B. Lammiman
                                                         Timothy W. Brink
                                                         Aaron C. Smith
                                                         Timothy S. McFadden
                                                         Folarin S. Dosunmu
                                                         Lord, Bissell & Brook LLP
                                                         115 South LaSalle Street
                                                         Chicago, IL  60603
                                                         Tel: (312) 443-0675
                                                         Fax: (312) 443-6295

CHI1 1290758v1

## **CERTIFICATE OF SERVICE**

      I, Timothy S. McFadden, hereby certify that I caused copies of the foregoing **Final Fee Application of Field Jerger LLP as Special Purpose Litigation Counsel for Orius Corp. for Allowance of Compensation and Reimbursement of Expenses, Limited Notice and Related Relief** to be served upon the parties listed on the attached Service List, by first-class United States Mail, postage-prepaid, on this 19th day of January, 2007.

                                                          /s/ Timothy S. McFadden
                                                    Timothy S. McFadden

                                                 Forrest B. Lammiman
                                                 Timothy W. Brink
                                                 Aaron C. Smith
                                                 Timothy S. McFadden
                                                 Folarin S. Dosunmu
                                                 Lord, Bissell & Brook LLP
                                                 115 South LaSalle Street
                                                 Chicago, IL  60603
                                                 Tel: (312) 443-0675
                                                 Fax: (312) 443-6295

CHI1 1290758v1

# GENERAL SERVICE LIST

**United States Trustee**

United States Trustee
227 West Monroe Street
Suite 3350
Chicago, Illinois  60606
Fax:  (312) 886-5794

**Prepetition Lenders' Counsel**

Matthew J. Botica
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601-9703
Fax: (312) 558-5700
mbotica@winston.com

**Agent to the Prepetition Lenders**

Deutsche Bank Trust Company Americas,
as Administrative Agent
31 West 52nd Street
New York, NY  10020
Attention: Robert Wood
Fax: (212) 797-5695

**Creditors' Committee Counsel**

Harley J. Goldstein
Aaron L. Hammer
Thomas R. Fawkes
Joji Takada
**FREEBORN & PETERS LLP**
311 South Wacker Drive, Suite 3000
Chicago, IL  60606-6677
Telephone:  (312) 360-6520
Fax: (312) 360-6520

**Governmental Agencies**

Illinois Department of Employment Security
Bankruptcy Unit
33 South State Street
Chicago, IL  60603
Attn:  Darrell Johnson
Telephone:  (312) 793-9475
Fax:  (312)793-4350

Internal Revenue Service
230 S. Dearborn Street, Mail Stop 5010 CHI
Attn:  Genora Reed
Chicago, IL 60604
Fax:  (312) 566-2826

Illinois Department of Revenue
Bankruptcy Section, Level 7-425
100 W. Randolph Street
Chicago, IL  60601
Telephone:  (312) 814-3704
Fax:  (312) 814-4045

**Buyers and Counsel to the Buyers**

Hilco Industrial, LLC
Attn:  Eric W. Kaup,Esq.
One Northbrook Place
5 Revere Drive
Suite j206
Northbrook, iL  60062
Email:  ekaup@hilcotrading.com
Fax: (847) 897-0766

Schatz Enterprises, Inc.
Attn:  David Schatz
P.O. Box 92
700 Schatz Lane
Sullivan, MO  63080
Fax:  (636) 742-4990

CHI1 1290758v1

Michael E. Kaemmerer
McCarthy, Leonard, Kaemmerer, Own,
McGovern & Striler, L.C.
Counsel for Schatz Enterprises, Inc.
400 South Woods Mill Road - Suite 250
Chesterfield, MO 63017
Fax: (314) 392-5221

**Parties Requesting Notice**

Kevin B. Duff
Edwin L. Durham
RACHLIS, DURHAM, DUFF & ADLER, LLC
**Counsel for Qwest Corporation**
542 S. Dearborn Street, Suite 1310
Chicago IL 60605
Telephone: (312) 733-3390
Fax: (312) 733-3952
kduff@rddlaw.net
eldurham@rddlaw.net

Andrew H. Sherman
**SILLS CUMMIS EPSTEIN & GROSS PC**
**Counsel for Qwest Corporation**
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
Fax: (973) 643-6500
asherman@ sillscummis.com

John Stine
GE Commercial Finance Capital Solutions
Operations Counsel Special Assets
10 Riverway Drive
Danbury, CT 06812
Telephone: (203) 749-6734
Fax: (203) 749-4530
Email: john.stine@ge.com

Randall M. Smith
**SMITH & BROCKHAGE, LLP**
**Counsel for City of Santa Rosa, California**
3480 Buskirk Avenue, Suite 200
Pleasant Hill, CA 94523
Telephone: (925) 296-0636
Fax: (925) 296-0640

Brian J. Farrell
Patrick C. Wilson
**CITY ATTORNEY'S OFFICE**
**Counsel for City of Santa Rosa, California**
100 Santa Rosa Avenue - Room 8
Santa Rosa, CA 95402
Telephone: 707-543-3040
Fax: (707) 543-3055

Gene R. Clark
HSBC Mortgage Services
1270 Northland Drive, Suite 200
Mendota Heights, MN 55120

CHI1 1290758v1

| | |
|---|---|
| Jay A. Kohler<br>**Counsel for K&M Services**<br>**d/b/a K/M Services**<br>482 Constitution Way, Suite 313<br>Idaho Falls, ID  83402<br>Telephone:  208-524-3272<br>Fax:  (208) 524-3619 | Darryl S. Laddin<br>Frank N. White<br>Arnall Golden Gregory LLP<br>171 17th Street NW, Suite 210<br>Atlanta, GA  30363-1031<br>Fax:  (404) 873-8121 |
| Big Shot Underground Utility Specialists, LLC<br>Robert Cowherd<br>**CHAPMAN, COWHERD, TURNER &**<br>**TSCHANNEN, P.C.**<br>903 Jackson Street<br>Chillicothe, MO  64601<br>Telephone:  660-646-0627<br>Fax: (660) 646-1105<br>Email: dthompson@ccttlaw.com | Mary E. Lopinot<br>**MATHIS, MARIFIAN, RICHTER &**<br>**GRANDY, LTD.**<br>**Counsel for Delaine Randall**<br>23 Public Square, Suite 300<br>P.O. Box 307<br>Beleville, IL  62220<br>Telephone: (618) 234-9800<br>Fax: (618) 234-9786 |
| Eric S. Prezant, Esq<br>Leslie Allen Bayles, Esq.<br>**VEDDER, PRICE, KAUFMAN &**<br>**KAMMHOLZ, P.C.**<br>**Counsel for Delaine Randall**<br>222 North LaSalle Street<br>Suite 2600<br>Chicago, IL  60601-1003<br>Telephone: (312) 609-7500<br>Fax: (312) 609-5005<br>eprezant@vedderprice.com<br>lbayles@vedderprice.com | Harold E. McKee<br>Mary E. Gardner<br>**RIORDAN, DONNELLY, LIPINSKI &**<br>**MCKEE LTD.**<br>**Counsel for Diversified Directional Boring,**<br>**Inc. and Facteon, Inc.**<br>10 North Dearborn Street<br>4th Floor<br>Chicago, IL  60602<br>Telephone: (312) 663-9400<br>Fax:  (312) 663-1028 |
| Elizabeth Weller<br>**LINEBARGER GOGGAN BLAIR &**<br>**SAMPSON, LLP**<br>**Counsel for Dallas County**<br>2323 Bryan Street<br>Suite 1600<br>Dallas, TX  75201<br>Telephone:  (214) 880-0089<br>Fax:  (469) 221-5002<br>Email:  dallas.bankruptcy@publicans.com | Jed W. Manwaring, Esq.<br>**EVANS KEANE LLP**<br>**Counsel for Idaho Power Company**<br>P.O. Box 959<br>1405 West Main Street<br>Boise, ID  83701<br>Telephone:  (208) 384-1800<br>Fax:  (208) 345-3514<br>Email:  jmanwaring@evanskeane.com |

Michael M. Eidelman
Ryan O. Lawlor
**VEDDER, PRICE, KAUFMAN &**
**KAUFMAN & KAMHOLZ, P.C.**
**Local Counsel for Idaho Power Company**
222 North LaSalle Street
Suite 2600
Chicago, IL  60601-1003
Telephone: (312) 609-7500
Facsimile: (312) 609-5005
Email:  meidelman@vedderprice.com
rlawlor@vedderprice.com

Patricia E. Rademacher
Jennifer Rojas
**COSTON & RADEMACHER**
**Counsel for General Electric Capital**
**Corporation**
105 West Adams
Suite #1400
Chicago, IL  60603
Telephone:  (312) 205-1010
Fax:  (312) 205-1011
Email: prademacher@costonlaw.com
jrojas@costonlaw.com

Kenneth A. Cripe, Esq.
**CONWAY & MROWIEC**
20 S. Clark Street
Suite 750
Chicago, IL  60603
Telephone: (312) 658-1100
Fax:  (312) 658-1201
kac@cmcontractors.com

Mark Sorrentino
State of Maryland Department of Labor,
Licensing and Regulation
Office of Unemployment Insurance
Contributions Division
Litigation and Prosecution Unit
1100 North Eutaw Street
Room 401
Baltimore, MD  21201
Fax:  (410) 333-5059

Richard G. Jensen
**FABYANSKE, WESTRA, HART &**
**THOMSON, P.A.**
800 N. LaSalle Avenue, Suite 1900
Minneapolis, MN  55402
Telephone:  (612) 359-7600
Fax:  (612) 338-3857

Steven A. Ginther
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO  65105-0475
Telephone:  (573) 751-5531
Fax: (573) 751-7232

Brian J. Farrell
Patrick C. Wilson
**CITY ATTORNEY'S OFFICE**
**Counsel for City of Santa Rosa, California**
100 Santa Rosa Avenue - Room 8
Santa Rosa, CA  95402
Telephone:  707-543-3040
Fax:  (707) 543-3055

Francis X. Buckley, Jr.
Seth A. Albin
**THOMPSON COBURN LLP**
**Counsel for Gahr Line and Cable LLC**
One U.S. Bank Plaza
St. Louis, MO  63101
Telephone: (314) 552-6010
Fax: (314) 552-7010
fbuckley@thompsoncoburn.com
salbin@thompsoncoburn.com

John F. West
**VINSON & ELKINS, L.L.P.**
**Counsel for RLI Insurance Company**
2300 First City Tower
1001 Fannin Street
Houston, TX  77002
Fax:  (713) 615-5841
Email:  jwest@velaw.com

Anthony L. Leffert
**ROBINSON WATERS O'DORISIO**
1099 18th Street - Suite 2600
Denver, CO  80202-1926
Fax:  (303) 297-2750

**COUNSEL FOR CASE CREDIT CORPORATION**
Gary E. Green
William Kent Carter
**FAGEL HABER LLC**
**Counsel for Case Credit Corporation**
55 East Monroe Street
Chicago, IL  60603
Telephone:  (312) 346-7500
Fax:  (312) 782-7115
ggreen@fagelhaber.com
wcarter@fagelhaber.com

Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 1378
Macon, GA  31208-3708
Telephone:  (478) 405-4001
Fax:  (478) 405-4043

Amy Galvin Grogan
**GARELLI & ASSOCIATES, P.C.**
340 W. Butterfield Road
Suite 2A
Elmhurst, IL  60126
**As Counsel for Defendant:**
   Collins Consulting, Inc.
Telephone:  630-833-5533
Fax:  630-833-6855

John P. Dillman
**LINEBARGER COGGAN BLAIR & SAMPSON, LLP**
1301 Travis St #300
Houston, TX  77002
**As Counsel for Defendants:**
   Harris County
   Dallas County
   City of Houston ISD
Telephone:  713-844-3478
Fax:  713-844-3503
houston_bankruptcy@publicans.com

Qwest Corporation
Attn:  Mark D. Schmidt
700 Mineral Ave., MN B1429
Littleton, CO  80120
Telephone:  303-707-2774
Fax:  303-707-7448

Howard A. Wolf-Rodda
**EPSTEIN BECKER & GREEN, P.C.**
1227 25th Street, N.W.
Suite 700
Washington, D.C.  20037
**As Counsel for Defendant:**
   Field Support Services, Inc.
Telephone:  202-861-1899
Fax:  202-861-3535

CHI1 1290758v1

Kristine Stamps
c/o Qwest Services Corporation
200 S. 5th Street, Suite 2300
Minneapolis, MN  55402

Hans U. Stucki
Kevin J. Ryan
**EPSTEIN BECKER & GREEN, P.C.**
150 N. Michigan Avenue
Chicago, IL  60601
**As Counsel for Defendant:**
    **Field Support Services, Inc.**
Telephone: 312-845-1948
Fax: 312-845-1998

Tennessee Department of Revenue
c/o TN Attorney General's Office,
Bankruptcy Division
P.O. Box 20207
Nashville, TN  37202-0207
Telephone: 615-532-2504
Fax: 615-741-3334

Timothy L. Binetti
**RIFFNER, BARBER, ROWDEN & MANASSA**
1834 Walden Office Square
Suite 500
Schaumburg, IL  60173
Telephone:  847-303-0107
Fax:  847-303-6621
**As Counsel for Defendants:**

| | |
|---|---|
| 3C Construction & Landscape, Inc. | Direct Buried Construction, Inc. |
| JT&T | Hanco Utilities |
| Beckstrom Construction | Metropolitan Underground |
| Leeb Underground LLC |     Services, Inc. |
| Christensen Utilities | Eagle West, Inc. |
| Metro Underground, Inc. | Mudman Utilities, Inc. |
| | Red Line Tech LLC |

CHI1 1290758v1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ORIUS CORP., et al., | ) | Case No. 05-63876 |
| | ) | (Jointly Administered Cases) |
| Debtors, | ) | |
| | ) | Hon. Bruce W. Black |
| | ) | |
| | ) | Hearing Date: February 28, 2007 |
| | ) | Hearing Time: 9:30 a.m. |

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**

| | |
|---|---|
| Name of Applicant: | Field Jerger LLP |
| Authorized to Provide Professional Services to: | Orius Corp. and its related debtor entities |
| Date of Order Authorizing Employment: | July 26, 2006 |
| Period for Which Compensation is Sought: | June 1, 2006 through December 21, 2006 |
| Amount of Fees Sought: | $4,529.00 |
| Amount of Expense Reimbursement Sought: | $539.87 |

This is a(n):  _____ Interim Application     __X__ Final Application

If this is not the first application filed herein filed by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is $3,575.86.

Applicant:                                                             FIELD JERGER LLP

Date:  January 19, 2007                                      By:_____/s/ Scott Jerger_____

CHI1 1290758v1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ORIUS CORP., et al., | ) | Case No. 05-63876 |
| | ) | (Jointly Administered) |
| Debtors, | ) | |
| | ) | Hon. Bruce W. Black |
| | ) | |
| | ) | Hearing Date: February 28, 2007 |
| | ) | Hearing Time: 9:30 a.m. |

**FINAL FEE APPLICATION OF FIELD JERGER LLP AS SPECIAL PURPOSE LITIGATION COUNSEL FOR ORIUS CORP. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES, LIMITED NOTICE AND RELATED RELIEF**

Field Jerger LLP ("Field Jerger") applies to this Court pursuant to 11 U.S.C. §§ 330 and 331, Rules 2002(a)(6), 2016(a), 9006(c)(1) and 9007 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 5082-1 for the allowance of $4,529.00 in compensation for professional services rendered as special purpose litigation counsel to Orius Corp. and its affiliates (collectively, the "Debtors")[1] for the period June 1, 2006 through and including December 21, 2006 (the "Application Period"), and the reimbursement of $539.87 for actual costs incurred incident to those services. In addition, Field Jerger requests that additional notice to all creditors of the hearing on this application (the "Application") be waived. In support of this Application, Field Jerger states as follows:

---

[1] The Debtors in the above-captioned case are Orius Corp., NATG Holdings, LLC, Orius Telecom Services, Inc., Orius Telecommunications Services, Inc., Orius Central Office Services, Inc., Texor, Inc., CATV Subscriber Services, Inc., Hattech, Inc., Channel Communications, Inc., LISN, Inc., Copenhagen Utilities & Construction, Inc., LISN Company, and U.S. Cable, Inc.

CHI1 1290758v1

## BACKGROUND

1.      On December 12, 2005 (the "Petition Date"), each of the Debtors filed its respective voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of Illinois (the "Court"), commencing the above-captioned chapter 11 cases.

2.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

## RETENTION OF FIELD JERGER

3.      On July 24, 2006, the Debtors applied to this Court for an order approving the retention of Field Jerger as special purpose litigation counsel in connection with a lawsuit (the "Litigation") filed in an Oregon state court against Budget Boring LLC (the "Defendant") asserting claims of breach of contract, unjust enrichment, conversion and constructive trust and damages in excess of $84,000.00. On July 26, 2006, this Court entered an order (the "Retention Order") approving the retention Field Jerger as special purpose litigation counsel to the Debtors pursuant to an engagement letter dated July 5, 2006 (the "Engagement Letter").  A copy of the Retention Order is attached hereto as Exhibit A.  The Retention Order authorized Field Jerger to seek interim compensation and reimbursement of expenses pursuant to this Court's Order Establishing Professional Fee Application Procedures dated January 3, 2006 (the "Interim Compensation Order").

## SERVICES RENDERED BY FIELD JERGER

4.      Throughout the Application Period, Field Jerger rendered in excess of 16 hours of legal services to the Debtors relating to the Litigation.  All of the services for which

CHI1 1290758v1

compensation is requested were services that, in Field Jerger's judgment, were necessarily rendered after due consideration of the expected costs and anticipated benefits of such services. Attached to this Application as <u>Exhibit B</u> are detailed statements of the services rendered by Field Jerger, the amounts of time spent thereon, and the expenses incurred incident to these services.

5. Each of the monthly invoices previously provided by Field Jerger to this Court and other parties entitled to notice thereof provide: (a) detailed descriptions of all services rendered in each of the above categories and (b) the timekeeper, date and amount of time expended in each category. Summary charts for each category setting forth each professional who rendered services, total time and value of services and the total dollar value are provided herein.

6. Field Jerger's services with respect to the Litigation are best characterized as "asset analysis and recovery" since the Debtors believe the Litigation is an asset of their estates. Field Jerger worked with Lord Bissell & Brook LLP ("<u>LBB</u>"), the Debtors' bankruptcy counsel to coordinate the prosecution of the Debtors' claims against the Defendant.

7. To accomplish the tasks described above, Field Jerger performed legal research, drafted complaints and discovery requests, and negotiated with opposing counsel. The chart below is a summary of the total amount of time entered by each timekeeper during the Application Period.

| Professional | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Joseph A. Field | Attorney | $310.00 | 13.3 | $4,123.00 |
| Jonathan Smale | Paralegal | $120.00 | 2.3 | $276.00 |
| R. Scott Jerger | Attorney | $260.00 | .5 | $130.00 |
| **TOTAL** | | | **16.1** | **$4,529.00** |

CHI1 1290758v1

8.      The amount of time spent by Field Jerger with respect to the Litigation is reasonable given the difficulty of the issues presented, the time constraints imposed by the circumstances, the amounts at stake, the sophistication and experience of opposing counsels and the ultimate benefit to the estates.

9.      In evaluating this Application, this Court should consider the value of the services rendered by Field Jerger on behalf of the Debtors and the Debtors' estates, the nature and complexity of the issues presented, the skill required to perform the services properly, the customary fees charged by other professionals in similar cases, the experience and ability of the professionals involved, and the amount of awards of compensation in similar cases.  These factors, whether viewed individually or collectively, support an award of the requested compensation in full.

10.     Given the criteria set forth in section 330 of the Bankruptcy Code, namely (i) the nature, extent and value of the services; (ii) the time spent; (iii) the rates charged for such services; (iv) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed; and (v) the reasonableness in other bankruptcy and non-bankruptcy matters, Field Jerger respectfully submits that the requested final compensation represents a fair and reasonable amount that should be allowed in full.

## EXPENSES

11.     The actual and necessary costs expended by Field Jerger during the Application Period are detailed in the statements included in <u>Exhibit B</u>.  The requested reimbursement amount for expenses incurred by Field Jerger is $539.87.  All of the expenses for which reimbursement is sought are expenses that Field Jerger customarily recoups from all of its clients.

CHI1 1290758v1

12. The specific expenses incurred during the Application Period for which reimbursement is requested are as follows:

| Category | Amount |
|---|---|
| Filing and Court Fees | $450.00 |
| Service of Process Fees | $89.00 |
| Photocopies | $.87 |
| **TOTAL** | **$539.87** |

13. All expenses incurred by Field Jerger incidental to its services were customary and necessary expenses. All expenses billed to the Debtors were billed in the same manner as Field Jerger bills non-bankruptcy clients. Further, the expenses for which reimbursement is sought constitute the types and amounts previously allowed by bankruptcy judges in this and other judicial districts.

## PAYMENTS RECEIVED TO DATE

14. Pursuant to the Retention Order and the Interim Compensation Order, Field Jerger submitted monthly notices of interim fees (each, a "Monthly Statement") to the Debtors, the Creditors' Committee, the Lenders, and other parties entitled to notice thereof in which Field Jerger sought interim compensation and expense reimbursement pursuant to the Interim Compensation Order. To date, Field Jerger has received $3,575.86 in payment of fees and expenses during the Application Period. The chart below sets forth the fees and expense reimbursements received by Field Jerger pursuant to the Monthly Statements during the Application Period.

| Statement for Period Ending: | Payments Actually Received | | |
|---|---|---|---|
| | 90% Fees | 100% Expenses | Subtotal |
| August 31, 2006 | $1,772.78 | $350.00 | **$2,122.78** |
| September 30, 2006 | $660.15 | $189.00 | **$849.15** |
| October 31, 2006 | $516.93 | $87.00 | **$603.93** |
| **Total** | $2,949.86 | $626.00 | **$3,575.86** |

CHI1 1290758v1

15. Field Jerger received no objections to the Monthly Statements for the period beginning June 1, 2006 through and including October 1, 2006. Field Jerger did not previously submit Monthly Statements for services rendered between November 1, 2006 and December 21, 2006.

## PAYMENTS HELD BACK FROM FIELD JERGER PURSUANT TO THE ENGAGEMENT LETTER

16. Pursuant to the Engagement Letter, Retention Order and the Interim Compensation Order, 10% of the fees earned by any professional were to be held back by the Debtors pending an interim and final application for fees. The chart below sets forth the fees earned by Field Jerger and held back by the Debtors pursuant to the Monthly Statements during the Application Period.

| Statement for Period Ending: | Amount of 10% Fee Holdback |
| --- | --- |
| August 31, 2006 | $196.98 |
| September 30, 2006 | $73.35 |
| October 31, 2006 | $57.44 |
| **Total** | **$327.77** |

## COMPLIANCE WITH 11 U.S.C. § 504

17. Other than as provided for and allowed by 11 U.S.C. § 504, there is no agreement between Field Jerger and any other firm, person, or entity for the sharing or division of any compensation paid or payable to Field Jerger.

## NOTICE

18. Notice of this Application has been provided to the (a) the Debtors; (b) the Office of the United States Trustee; (c) counsel to the Official Committee of Unsecured Creditors of Orius Corp.; (d) counsel to the Agent; and (e) parties who have requested notice in these cases. Based on the extent of notice already provided, Field Jerger respectfully requests that additional

CHI1 1290758v1

notice of the hearing on this Application be waived for good cause shown pursuant to Rules 2006(a), 2002(i) and 9007 of the Federal Rules of Bankruptcy Procedure.

19. Based on the Court's limited availability in February 2007, and in light of the 20-day notice period prescribed in Bankruptcy Rule 2002(a), this Application has been noticed beyond the time prescribed for under Local Rule 9013-1. Based on the Court's calendar, Field Jerger respectfully requests that the Court approve such extended notice pursuant to Bankruptcy Rule 9006(b)(1).

WHEREFORE, Field Jerger requests that entry of an order, substantially in the form attached hereto as <u>Exhibit C</u>:

(a) Allowing final compensation to Field Jerger for the Application Period beginning June 1, 2006 through and including December 21, 2006 in the amount of $4,529.00;

(b) Allowing expense reimbursement to Field Jerger for the Application Period beginning June 1, 2006 through and including December 21, 2006 in the amount of $539.87;

(c) Authorizing and directing the Debtors to pay Field Jerger $413.27, the balance due after credit for payments received by Field Jerger pursuant to the Monthly Statements under the Interim Compensation Order.

(d) Waiving other and further notice of the hearing with respect to this Application;

(e) Approving the extended notice of this application pursuant to Bankruptcy Rule 9006(b)(1); and

CHI1 1290758v1

    (f)       Providing Field Jerger with such additional relief as may be appropriate and just under the circumstances.

Dated: January 19, 2007                           FIELD JERGER LLP

                                                      /s/ Scott Jerger

Joseph A. Field
Scott Jerger
Field Jerger LLP
Oregon National Building
610 SW Alder Street, Ste. 910
Portland, OR 97205
Tel.: (503) 228-9115
Fax: (503) 225-0276