## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Joint Case No. 05 B 63876 |
| | ) | |
| ORIUS CORPORATION, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Honorable Bruce W. Black |
| | ) | |
| | ) | Hearing: February 28, 2007 at 9:30 a.m. |

## NOTICE OF APPLICATION

TO:   Attached Service List

PLEASE TAKE NOTICE that on **February 28, 2007, at 9:30 a.m.**, the undersigned shall appear before the Honorable Bruce W. Black, United States Bankruptcy Judge, in the courtroom usually occupied by him, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the **Final Application of Deloitte Financial Advisory Services LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Consultants and Financial Advisors to the Official Committee of Unsecured Creditors for the Period December 21, 2005, through December 21, 2006**, a copy of which is attached hereto and herewith served upon you.

Dated: January 19, 2007

                                                  THE OFFICIAL COMMITTEE OF
                                                  UNSECURED CREDITORS OF
                                                  ORIUS CORPORATION, *et al.*

                                                  By:   /s/ Sven T. Nylen
                                                        Its Counsel

                                                        Harley J. Goldstein (No. 6256010)
                                                        Aaron L. Hammer (No. 6243069)
                                                        Thomas R. Fawkes (No. 6277451)
                                                        Sven T. Nylen (No. 6278148)
                                                        FREEBORN & PETERS LLP
                                                        311 South Wacker Drive, Suite 3000
                                                        Chicago, Illinois 60606
                                                        Telephone:  312.360.6000
                                                        Facsimile:  312.360.6520

## CERTIFICATE OF SERVICE

I, Sven T. Nylen, an attorney, do hereby certify that on January 19, 2007, I caused the attached **Notice of Application** and **Final Application of Deloitte Financial Advisory Services LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Consultants and Financial Advisors to the Official Committee of Unsecured Creditors for the Period December 21, 2005, through December 21, 2006** to be filed electronically with the Court and to be served upon the parties listed on the attached service list via first class U.S. mail.

Dated: January 19, 2007                                  /s/ Sven T. Nylen
                                                                    Sven T. Nylen

## SERVICE LIST

Forrest B. Lammiman, Esq.
Timothy W. Brink, Esq.
Aaron C. Smith, Esq.
Timothy S. McFadden, Esq.
Folarin S. Dosunmu, Esq.
Lord Bissell & Brook LLP
111 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0675
Facsimile: (312) 896-6295

Office of the United States Trustee
227 West Monroe Street
Suite 3350
Chicago, Illinois 60606
Telephone: (312) 886-5785
Facsimile: (312) 886-5794

Chet Barrows
12245 Still Meadow Drive
Clermont, FL 34711
Telephone: (863) 551-3007
Facsimile: (863) 967-7173

Mudrick Underground, Inc.
Attn: Toby Mudrick
8193 Parker Lane
Turner, OR 97392
Telephone: (503) 932-4444
Facsimile: (503) 655-2248

Gopher Motor Rebuilding, Inc.
Attn: Dennis Janisewski
6530 James Avenue North
Minneapolis, MN 55430
Telephone: (763) 746-3440
Facsimile: (763) 746-3449

Matthew J. Botica, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Robert Wood
Deutsche Bank Trust Company Americas,
as Administrative Agent
31 West 52nd Street
New York, NY 10020
Telephone: (212) 250-2500
Facsimile: (212) 797-5695

Richard B. Vilsoet, Esq.
Dycom Industries Inc.
11770 U.S. Highway 1, Suite 101
Palm Beach Gardens, Florida 33408
Telephone: (561) 627-7171
Facsimile: (561) 627-7709

Andrew V. Tenzer, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-7799
Facsimile: (212) 848-7179

Greg White, CFA
Van Kampen Asset Management, Inc.
1 Parkview Plaza
P.O. Box 5555
Oakbrook Terrace, IL 60181-5555
Telephone: (630) 684-6674
Facsimile: (630) 684-6740

Harold D. Israel, Esq.
Kaye Scholer LLC
Three First National Plaza
70 West Madison Street
Suite 4100
Chicago, IL 60602
Telephone: (312) 583-2300
Facsimile: (312) 583-2360

Matthew A. Swanson, Esq.
Shaw Gussis Fishman Glantz Wolfson
& Towbin LLC
321 North Clark Street
Suite 800
Chicago, IL 60610
Main: (312) 541-0151
Direct: (312) 980-3865
Facsimile: (312) 275-0588

Andrew H. Sherman, Esq.
Sills Cummis Epstein & Gross, P.C.
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500

Jay A. Kohler, Esq.
482 Constitution Way
Suite 313
Idaho Falls, ID 83402
Telephone: (208) 524-3272
Facsimile: (208) 524-3619

Darryl S. Laddin, Esq.
Frank N. White, Esq.
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363
Telephone: (404) 873-8500
Facsimile: (404) 873-8121

Robert Cowherd, Esq.
Chapman, Cowherd, Turner &
Tschannen, P.C.
903 Jackson Street
Chillicothe, MO 64601
Telephone: (660) 646-0627
Facsimile: (660) 646-1105

Eric S. Prezant, Esq.
Leslie Allen Bayles, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL 60601
Telephone: (312) 609-7500
Facsimile: (312) 609-5005

Gary E. Green, Esq.
William Kent Carter, Esq.
FagelHarber LLC
55 East Monroe Street
40th Floor
Chicago, IL 60603
Telephone: (312) 346-7500
Facsimile: (312) 580-2201

Mary E. Gardner, Esq.
Harold E. McKee, Esq.
Riordan, Donnelly, Lipinski, McKee Ltd.
10 North Dearborn Street
Fourth Floor
Chicago, IL 60602
Telephone: (312) 663-9400
Facsimile: (312) 663-1028

Elizabeth Weller, Esq.
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street
Suite 1600
Dallas, TX 75201
Telephone: (214) 880-0089
Facsimile: (469) 221-5002

Jed W. Manwaring, Esq.
Evans Keane LLP
P.O. Box 959
1405 West Main Street
Boise, ID 83701
Telephone: (208) 384-1800
Facsimile: (208) 345-3514

Michael M. Eidelman, Esq.
Ryan O. Lawlor, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL 60601
Telephone: (312) 609-7500
Facsimile: (312) 609-5005

Patricia E. Rademacher, Esq.
Jennifer Rojas, Esq.
Coston & Rademacher
105 West Adams Street
Suite 1400
Chicago, IL 60603
Telephone: (312) 205-1010
Facsimile: (312) 205-1011

John E. West, Esq.
Vinson & Elkins, L.P.
2300 First City Tower
1001 Fannin Street
Houston, TX 77002
Telephone: (713) 758-4534
Facsimile: (713) 615-5841

Kenneth A. Cripe, Esq.
Conway & Mrowiec
20 South Clark Street
Suite 750
Chicago, IL 60603
Telephone: (312) 658-1100
Facsimile: (312) 658-1201

Richard G. Jensen, Esq.
Fabyanske, Westra, Hart & Thomson, P.A.
800 LaSalle Avenue
Suite 1900
Minneapolis, MN 55402
Telephone: (612) 359-7600
Facsimile: (612) 838-3857

Steven A. Ginther, Esq.
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 West High Street
Room 670
P.O. Box 475
Jefferson City, MO 65105
Telephone: (573) 751-5531
Facsimile: (573) 751-7232

Paul J. Sandelin, Esq.
Sadelin Law Office
30849 First Street
P.O. Box 298
Pequot Lakes, MN 56472
Telephone: (218) 568-8481
Facsimile: (218) 568-8444

Francis X. Buckely, Jr., Esq.
Seth A. Albin, Esq.
Thompson Coburn LLP
One U.S. Bank Plaza
St. Louis, MO 63101
Telephone: (314) 552- 6283
Facsimile: (314) 552-7283

Alan I. Ehrenberg, Esq.
Statman Harris Siegal & Eyrich, LLC
333 West Wacker Drive
Suite 1710
Chicago, IL 60606
Telephone: (312) 263-1070
Facsimile: (312) 263-1201

Rosa Dominy
Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208
Telephone: (478) 405-4001
Facsimile: (478) 405-4043

John W. Starr
P.O. Box 3310
Barrington, IL 60010

Timothy L. Binetti, Esq.
Riffner, Barber, Rowden & Manassa
1834 Walden Office Square
Suite 500
Schaumburg, IL 60173
Telephone: (847) 303-0107
Facsimile: (847) 303-6621

John P. Dillman, Esq.
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253
Telephone: (713) 844-3478
Facsimile: (713) 844-3503

Hans U. Stucki, Esq.
Kevin J. Ryan, Esq.
Epstein Becker & Green, P.C.
150 N. Michigan Avenue
Chicago, IL 60601
Telephone: (312) 499-1400
Facsimile: (312) 845-1998

Amy Galvin Grogan, Esq.
Garelli & Associates, P.C.
340 West Butterfield Road
Suite 2A
Elmhurst, IL 60126
Telephone: (630) 833-5533
Facsimile: (630) 833-6855

Edwin L. Durham, Esq.
Kevin B. Duff, Esq.
Rachlis Durham Duff & Adler, LLC
542 South Dearborn Street
Suite 1310
Chicago, IL 60605
Telephone: (312) 733-3950
Facsimile: (312) 733-3952

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | Chapter 11 |
|---|---|
| ORIUS CORPORATION, et al. | Case No. 05 B 63876 |
| | Jointly Administered |
| Debtors. | |
| | Honorable Bruce W. Black |

**FINAL APPLICATION OF DELOITTE FINANCIAL ADVISORY SERVICES LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED AS CONSULTANTS AND FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD DECEMBER 21, 2005, THROUGH DECEMBER 21, 2006**

Deloitte Financial Advisory Services LLP ("Deloitte FAS") hereby applies to this Court for allowance of fees and expenses of Deloitte FAS as Consultants and Financial Advisors to the Official Committee of Unsecured Creditors (the "Committee") for the period of December 21, 2005 through December 21, 2006 pursuant to the Order Establishing Professional Fee Application Procedures granted in this case on January 3, 2006 (the "Fee Procedures Order"). In support of the Application, Deloitte FAS states:

### Background

1. On December 12, 2005 (the "Petition Date"), the Debtors filed their Chapter 11 petitions to this Court. The Debtors have continued to operate their businesses and manage their properties as debtors-in-possession pursuant to §§1107 and 1108 of the Bankruptcy Code. The Debtors have moved for their Chapter 11 cases to be jointly administered.

2. This Court has jurisdiction over these Chapter 11 cases pursuant to 28 U.S.C. §§ 157(b) and 1334.

3. On December 23, 2005, the United States Trustee appointed the Committee in these cases.

4. The Committee has retained the law firm of Freeborn & Peters LLP as its counsel.

5. On January 13, 2006, the Committee filed an application for authority to employ Deloitte FAS, nunc pro tunc to December 21, 2005 as Consultants and Financial Advisors. Attached hereto as Exhibit "A" is a copy of the Order authorizing the employment of Deloitte FAS as Consultants and Financial Advisors nunc pro tunc to December 21, 2005 was approved on January 18, 2006.

6. Under §§ 330 and 331 of the Bankruptcy Code, Deloitte FAS is entitled to reasonable compensation for actual and necessary services and reimbursement for actual and necessary expenses.

7. As more fully described in the attachments to this application, Deloitte FAS has rendered consulting and financial services to the Committee from December 21, 2005 through December 21, 2006. Subject to the Court's approval and pursuant to the terms of the affidavit of Carl S. Lane (the "Affidavit"), Deloitte FAS intends to (a) charge hourly rates for professionals and support staff and (b) seek reimbursement of actual and necessary out-of-pocket expenses [1].

---

[1] These hourly rates have been voluntarily reduced from Deloitte FAS's standard hourly billing rates in accordance with discussions with the Committee and counsel to the Committee. The hourly rates charged by Deloitte FAS's professionals differ based on, among other things, each professional's level of experience. During the ordinary course of its business, Deloitte FAS revises the hourly rates of its professionals to reflect changes in responsibilities, increased experience and the increased cost of doing business. Current hourly rates are listed in paragraph 7 of the Application.

### Fee Procedure Order

8. On January 3, 2006, the Court entered an Administrative Order Pursuant to 11 U.S.C SS 105(a) and 331 Establishing Professional Fee Application Procedures (the "Fee Procedure Order"). Pursuant to the Fee Procedure Order, on a monthly basis following the month for which compensation is sought, Applicant may submit a monthly statement (the "Monthly Statement") detailing the fees and expenses incurred. In addition, the Fee Procedures Order authorizes and directs the Debtor to pay 90% of the fees and 100% of the expenses requested unless any objections are served within 10 days from the date the Monthly Statement is submitted.

9. Pursuant to the Fee Procedures Order, Applicant presented the Debtors and other parties-in-interest with the following Monthly Statements

> (1) Monthly Statements for the Period of December 21, 2005 to January 31, 2006 for $40,057.50 in fees and $37.50 in expenses.
>
> (2) Monthly Statements for Period of February 1, 2006 to April 30, 2006 for $36,707.50 in fees and $48.53 in expenses.

10. Applicant has received no objections to its two Monthly Statements. Pursuant to the Fee Procedures Order, as of the date of this Final Application, Applicant has received payments totaling $50,000.25 related to the Monthly Statements.

### Services Rendered During Present Application Period
### December 21, 2005 through December 21, 2006

11. During the present Application Period, Deloitte FAS rendered significant services for the benefit of the committee. Deloitte FAS incurred 396.8 hours for professional services and seeks reimbursement of $159,555.00 for the period from December 21, 2005 to December 21, 2006. Deloitte FAS also incurred actual and necessary expenses of $86.03 and seeks reimbursement in that amount.

12. In general, the services that Deloitte FAS rendered as consultants and financial advisors for the Committee included, without limitation, the following:

***Category 100 – Bankruptcy SOFA's / Statements and Schedules*** – Deloitte FAS reviewed the SOFA Statements and Schedules and compared them to other Debtor information including payments to related entities.

    Hours:    6.6

    Fees:    $2,310.00

***Category 200 – Asset Sale Proposals and Competitive Bids*** – Deloitte FAS reviewed and analyzed the Asset Purchase Agreement, Bidding Procedures, 363 sale process, prepared a liquidation analysis, and advised counsel on other sale related matters.

    Hours:    36.3

    Fees:    $16,170.00

***Category 300 – Potential Avoidance Actions*** – Deloitte FAS performed a preferential payment analysis, analyzed bank statement data, and conducted an analysis on lien claimants.

    Hours:    146.5

    Fees:    $53,757.50

***Category 400 – Financial and Operating Analysis*** – Deloitte FAS reviewed weekly operating reports, lease rejections analyses, and other financial information and communicated the results of these reviews with counsel to the Committee and representatives of the Committee.

    Hours:    69.6

    Fees:    $25,717.50

***Category 500 – Case Administration and Project Planning*** – Deloitte FAS had several discussions with counsel regarding case status, issues and progress.

Hours:   43.7

Fees:    $20,762.50

***Category 1000 – Fee Applications and Monthly Fee Statements*** – Deloitte FAS maintained time and expense records and prepared documentation related to Deloitte FAS's compensation and expense reimbursement.

Hours:   9.7

Fees:    $3,430.00

***Category 1101 – Engagement Letter and Retention Document Preparation*** – Deloitte FAS prepared an engagement letter, application of employment, and affidavit and completed an extensive conflict clearance process.

Hours:   19.3

Fees:    $7,672.50

***Category 1600 – Plan of Reorganization*** – Deloitte FAS assisted in negotiating the Plan of Reorganization and related settlement negotiations and participated in numerous discussions with counsel to the Committee and representatives of the Committee and participated in meetings with the Debtors' representatives.

Hours:   28.6

Fees:    $13,285.00

***Category 1902 – Recovery to Creditors*** – Deloitte FAS participated in numerous discussions with counsel to the Committee and representatives of the Committee and conducted detailed analyses relating to settlement proposals and counterproposals along with outlining the expected range of recovery and the related parameters that would affect the recovery.

Hours:   36.5

Fees:       $16,450.00

13. Attached hereto as **Exhibit A** is a copy of the order approving the employment of Deloitte FAS.

14. Attached hereto as **Exhibit B** is a summary of fees and hours incurred by professional service code.

15. Attached hereto as **Exhibit C** is a summary statement of the number of hours of service rendered by each Deloitte FAS professional and the hourly rate of each.

16. Attached hereto as **Exhibit D** is an itemized time record, in chronological order, of each specific service for which an award of compensation is sought indicating the date, responsible individual, service code and time charged for the period covered by the application.

17. Attached hereto as **Exhibit E** are the expenses incurred by Deloitte FAS for the period covered by the application.

18. All professional services for which compensation is being sought in this application were performed solely for and on behalf of the Committee.

19. There is no agreement or understanding between Deloitte FAS and any other person for the sharing of compensation requested in this application.

20. As of the Petition Date, Deloitte FAS was not owed any monies from the Debtors in connection with a previous engagement.

21. Wherefore, Deloitte FAS requests that this Court (i) enter an Order awarding Deloitte FAS fees in the amount of $159,555.00 and expenses of $86.03.00 for a total amount of $159,641.03 in connection with services rendered to the Committee for the period from December 21, 2005 through December 21, 2006, and (ii) grant such other and further relief as is just and necessary.

Respectfully submitted,

Dated: January 19, 2007

                          THE OFFICIAL COMMITTEE OF
                          UNSECURED CREDITORS OF
                          ORIUS CORPORATION, *et al.*

By: _____
                          Carl S. Lane, Principal
                          Deloitte Financial Advisory Services LLP
                          111 South Wacker Drive
                          Chicago, Illinois 60606-4301
                          Telephone: 312.486.3069
                          Facsimile: 312.247.3069