## Exhibit G

### Schedule of Services Rendered and Expenses Incurred by Freeborn & Peters LLP

### June 2006

F&P seeks payment of fees in the amount of $28,580.50 and reimbursement of expenses in the amount of $41.94, for a total of $28,622.44, for services performed and expenses incurred during June 2006. Below is a summary of the amounts requested by F&P by project category:

| PROJECT CATEGORY | HOURS | FEES |
|---|---|---|
| General | 2.5 | $1,029.50 |
| Schedules & Reports | 2.7 | $1,215.00 |
| Freeborn & Peters Retention and Fee Applications | 13.7 | $3,475.00 |
| Other Professional Retention and Fee Applications | 4.3 | $1,548.50 |
| Executory Contracts and Unexpired Leases | 0.2 | $90.00 |
| Claims Analysis and Objections | 3.0 | $1,035.50 |
| Secured Creditors | 36.7 | $13,629.00 |
| Committee Meetings & Governance | 9.9 | $3,057.50 |
| Creditors Inquiries, Negotiations and Settlement | 0.6 | $270.00 |
| Asset Sales | 1.0 | $450.00 |
| Plan/Disclosure Statement | 4.2 | $1,819.50 |
| Litigation | 2.3 | $961.00 |
| Total Fees | | $28,580.50 |
| Expenses Incurred | | $41.94 |
| TOTAL AMOUNTS REQUESTED | | $28,622.44 |

1268215

# Freeborn & Peters LLP

Statement No: 99866063

**For professional services rendered to the Official Committee of Unsecured Creditors of Orius Corp., *et al.* with regard to:**

## GENERAL

| | | | |
|---|---|---|---|
| Jun 13, 2006 | HJG | Review incoming correspondence (0.1) | 0.10 |
| Jun 16, 2006 | SEH | Retrieve bankruptcy filings from docket (0.2) | 0.20 |
| Jun 20, 2006 | HJG | Review incoming pleadings (0.2); multiple e-mail correspondence with working group regarding various upcoming hearings (0.2) | 0.40 |
| Jun 21, 2006 | AH | Prepare for and attend hearing on Debtors' motion for extension of exclusivity, status conferences on multiple adversary proceedings, and other matters (1.4) | 1.40 |
| Jun 27, 2006 | SEH | Retrieve filings from docket (0.2) | 0.20 |
| Jun 27, 2006 | HJG | Review incoming pleadings and materials (0.1); multiple e-mail correspondence with working group regarding adversary case (0.1) | 0.20 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Goldstein, Harley J. | 0.70 | 465.00 | $325.50 |
| Hammer, Aaron L. | 1.40 | 450.00 | $630.00 |
| Harbuck, Sarah E. | 0.40 | 185.00 | $74.00 |
| | | | |
| TOTAL HOURS | 2.50 | | |
| | | | |
| TOTAL FEES | | | $1,029.50 |

**TOTAL FEES AND DISBURSEMENTS**            **$1,029.50**

#1269205

# Freeborn & Peters LLP

Statement No: 99866064

**For professional services rendered to the Official Committee of Unsecured Creditors of Orius Corp., *et al.* with regard to:**

## EXPENSES

## DISBURSEMENTS

| Jun 9, 2006 | TG | Air Express Delivery | 23.94 |
| | | William A. Shuttleworth 46277 | |
| Jun 17, 2006 | TRF | Local Transportation | 18.00 |
| | | VENDOR: Flash Cab Co; INVOICE#: 2000079876; DATE: 6/17/2006 | |
| | | 06/08 Cab fare for working late | |

## DISBURSEMENT SUMMARY

| | | |
|---|---|---|
| Air Express Delivery | | 23.94 |
| Local Transportation | | 18.00 |
| | TOTAL DISBURSEMENTS | $41.94 |

| | **TOTAL FEES AND DISBURSEMENTS** | **$41.94** |
|---|---|---|

#1269216

# Freeborn & Peters LLP

Statement No: 99872856

**For professional services rendered to the Official Committee of Unsecured Creditors of Orius Corp.,** *et al.* **with regard to:**

## SCHEDULES & REPORTS

| | | | |
|---|---|---|---|
| Jun 1, 2006 | AH | Review correspondence from John Starr to Harley Goldstein regarding cash balances report as of May 26, 2006 and operating report versus operating budget for the week ending May 26, 2006 with related financial information (0.4) | 0.40 |
| Jun 8, 2006 | AH | Review correspondence from John Starr to Harley Goldstein regarding cash balances report as of June 2, 2006 and operating report versus operating budget for the week ending June 2, 2006 with related financial information (0.4) | 0.40 |
| Jun 15, 2006 | AH | Review correspondence from John Starr to Harley Goldstein regarding cash balances report as of June 9, 2006 and operating report versus operating budget for the week ending June 9, 2006 with related financial information (0.4) | 0.40 |
| Jun 16, 2006 | AH | Review Debtors' monthly operating report for May 2006 (0.6) | 0.60 |
| Jun 22, 2006 | AH | Review correspondence from John Starr to Harley Goldstein regarding cash balances report as of June 16, 2006 and operating report versus operating budget for the week ending June 16, 2006 with related financial information (0.4) | 0.40 |
| Jun 29, 2006 | AH | Review correspondence from John Starr to Harley Goldstein regarding cash balances as of June 23, 2006, operating report versus budget for week ending June 23, 2006, and lien settlement and trust account tracing report as of June 26, 2006 (0.5) | 0.50 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Hammer, Aaron L. | 2.70 | 450.00 | $1,215.00 |
| TOTAL HOURS | 2.70 | | |
| TOTAL FEES | | | $1,215.00 |

**TOTAL FEES AND DISBURSEMENTS**          **$1,215.00**

c:\bills\383719.bil

# Freeborn & Peters LLP

Statement No: 99866065

**For professional services rendered to the Official Committee of Unsecured Creditors of Orius Corp., *et al.* with regard to:**

## F&P RETENTION AND FEE APPLICATIONS

| Date | TK | Description | Hours |
|---|---|---|---|
| Jun 7, 2006 | TG | Work on exhibits to fee applications (1.9) | 1.90 |
| Jun 7, 2006 | TRF | Multiple internal e-mail correspondence and telephone conferences regarding finalization and filing of December 2005 monthly fee statement (0.7); review exhibits to monthly fee statement to ensure compliance with detail requirements (0.6) | 1.30 |
| Jun 7, 2006 | HJG | Review interim compensation procedures and review and revise fee applications to ensure privilege is protected and detail requirements have been met (1.9) | 1.90 |
| Jun 8, 2006 | TG | Work on exhibits to fee applications (3.9) | 3.90 |
| Jun 8, 2006 | TRF | Multiple internal conferences regarding monthly fee statements (0.7); revise exhibits to December 2005 monthly fee statement to ensure compliance with detail requirements (0.9); draft, file, and serve December 2005 monthly fee statement (1.2) | 2.80 |
| Jun 8, 2006 | AH | Review fee applications (0.4); internal e-mail correspondence and conferences with Harley Goldstein and Thomas Fawkes regarding same (0.4) | 0.80 |
| Jun 9, 2006 | TG | Draft and file certificate of service regarding first monthly fee application (0.9) | 0.90 |
| Jun 15, 2006 | TRF | Multiple e-mail correspondence with Harley Goldstein regarding aggregate fees and expenses incurred (to address inquiries of other parties) (0.1) | 0.10 |
| Jun 20, 2006 | HJG | Multiple e-mail correspondence from and to John Starr regarding fee application (0.1) | 0.10 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Goldstein, Harley J. | 2.00 | 465.00 | $930.00 |
| Hammer, Aaron L. | 0.80 | 450.00 | $360.00 |
| Fawkes, Thomas R. | 4.20 | 265.00 | $1,113.00 |
| Gomez, Teresa | 6.70 | 160.00 | $1,072.00 |
| TOTAL HOURS | 13.70 | | |
| TOTAL FEES | | | $3,475.00 |

|  |  |
|---|---|
| **TOTAL FEES AND DISBURSEMENTS** | **$3,475.00** |

1269374v1

# Freeborn & Peters LLP

Statement No: 99866066

**For professional services rendered to the Official Committee of Unsecured Creditors of Orius Corp., _et al._ with regard to:**

## OTHER PROFESSIONAL RETENTION AND FEE APPLICATIONS

| | | | |
|---|---|---|---|
| Jun 13, 2006 | AH | Review fourth notice of interim fees for Conway, Del Genio, Gries & Co. for April 1, 2006 through May 31, 2006 (0.5) | 0.50 |
| Jun 15, 2006 | AH | E-mail correspondence from Sandy Prabhakar regarding Deloitte fees and expenses incurred to date (0.2) | 0.20 |
| Jun 20, 2006 | AH | Review e-mail correspondence from Harley Goldstein to Matt Botica regarding Deloitte fees and expenses (0.1) | 0.10 |
| Jun 20, 2006 | HJG | Multiple e-mail correspondence from and to Carl Lane (Deloitte) regarding his firm's professional fees (0.1) | 0.10 |
| Jun 27, 2006 | AH | E-mail correspondence with Sandy Prabhakar regarding second monthly notice of fees and expenses of Deloitte Financial Advisory Services (0.2); review draft second monthly notice of fees (0.3); e-mail correspondence with Thomas Fawkes regarding filing of same (0.1) | 0.60 |
| Jun 29, 2006 | TRF | Review and revise Deloitte's second notice of interim fees (0.3); multiple e-mail correspondence with Carl Lane and Sandy Prabhakar regarding issues concerning same (0.2); file same (0.3) | 0.80 |
| Jun 30, 2006 | AH | Review fifth notice of interim fees by Lord Bissell & Brook LLP (0.5); review second notice of interim fees by Deloitte (0.4); review second notice of interim fees for Ward Rovell, P.A. (0.2) | 1.10 |
| Jun 30, 2006 | TRF | Internal e-mail correspondence regarding filing and service of Deloitte second interim fee notice (0.2) | 0.20 |
| Jun 30, 2006 | POA | File and serve Deloitte second monthly fee application (0.7) | 0.70 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Goldstein, Harley J. | 0.10 | 465.00 | $46.50 |
| Hammer, Aaron L. | 2.50 | 450.00 | $1,125.00 |
| Fawkes, Thomas R. | 1.00 | 265.00 | $265.00 |
| Allen, Patricia O. | 0.70 | 160.00 | $112.00 |
| | | | |
| TOTAL HOURS | 4.30 | | |
| | | | |
| TOTAL FEES | | | $1,548.50 |

**TOTAL FEES AND DISBURSEMENTS**                    **$1,548.50**

1269376v1

# Freeborn & Peters LLP

Statement No: 99866067

**For professional services rendered to the Official Committee of Unsecured Creditors of Orius Corp.,** *et al.* **with regard to:**

## EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| | | | |
|---|---|---|---|
| Jun 6, 2006 | AH | Review e-mail correspondence from Thomas Fawkes to Carl Lane regarding Trison lease rejection order (0.1); review Trison lease rejection order (0.1) | 0.20 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Hammer, Aaron L. | 0.20 | 450.00 | $90.00 |
| TOTAL HOURS | 0.20 | | |
| TOTAL FEES | | | $90.00 |

|  | |
|---|---|
| **TOTAL FEES AND DISBURSEMENTS** | **$90.00** |

1269379v1

# Freeborn & Peters LLP

Statement No: 99866068

**For professional services rendered to the Official Committee of Unsecured Creditors of Orius Corp., *et al.* with regard to:**

## CLAIMS ANALYSIS AND OBJECTIONS

| | | | |
|---|---|---|---|
| Jun 26, 2006 | AH | Review motion for payment of administrative claim filed by Workers Steel Fund (0.5); review supporting memorandum (0.6); strategy conference with Sven Nylen regarding issues concerning same and handling hearing thereon (0.2) | 1.30 |
| Jun 29, 2006 | STN | Review pension plan's request for administrative expense payment (0.8); strategy conference with Aaron Hammer regarding issues concerning same (0.2); prepare for and attend hearing regarding same (0.7) | 1.70 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Hammer, Aaron L. | 1.30 | 450.00 | $585.00 |
| Nylen, Sven T. | 1.70 | 265.00 | $450.50 |
| TOTAL HOURS | 3.00 | | |
| TOTAL FEES | | | $1,035.50 |

**TOTAL FEES AND DISBURSEMENTS**                    **$1,035.50**

1269383v1

# Freeborn & Peters LLP

Statement No: 99866069

**For professional services rendered to the Official Committee of Unsecured Creditors of Orius Corp., *et al.* with regard to:**

## SECURED CREDITORS

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| Jun 1, 2006 | TRF | Prepare for and attend bankruptcy court hearing on Debtors' motion to amend final cash collateral order and other matters (1.2); brief conferences with Harley Goldstein and Aaron Hammer regarding same (0.1) | 1.30 |
| Jun 2, 2006 | AH | E-mail correspondence with Carl Lane regarding equipment sale analysis and open discovery items (0.2); review analysis of lender deficiency claim prepared by Carl Lane (0.4) | 0.60 |
| Jun 5, 2006 | AH | Review e-mail correspondence between Thomas Fawkes and Carl Lane regarding discovery items relevant for evaluation of settlement (0.3) | 0.30 |
| Jun 6, 2006 | HJG | E-mail correspondence with Aaron Hammer regarding global settlement proposal and briefly discuss same with him (0.1); contemplate same (0.2); telephone call to Matt Botica (bank agent's counsel) regarding same (0.1) | 0.40 |
| Jun 7, 2006 | AH | Review Debtors' second amendment to cash collateral order (0.2) | 0.20 |
| Jun 9, 2006 | AH | Review e-mail correspondence between Matt Botica and Harley Goldstein regarding lenders' settlement proposal concerning Committee complaint (0.3); e-mail correspondence with Harley Goldstein and Carl Lane regarding same (0.2) | 0.50 |
| Jun 9, 2006 | HJG | Draft e-mail memorandum to Matt Botica (bank agent's counsel) summarizing terms of settlement offer and briefly contemplate same (0.6) | 0.60 |
| Jun 12, 2006 | AH | Review e-mail correspondence between Matt Botica and Harley Goldstein regarding lenders' settlement proposal concerning Committee complaint (0.3); e-mail correspondence with Harley Goldstein and Carl Lane regarding same (0.1) | 0.40 |
| Jun 12, 2006 | HJG | Multiple e-mail correspondence from and to Matt Botica (Agent's counsel) and Carl Lane (Deloitte) regarding lenders' settlement proposal (0.1) | 0.10 |
| Jun 13, 2006 | AH | Review e-mail correspondence between Matt Botica and Harley Goldstein regarding lenders' settlement proposal concerning Committee complaint (0.4); e-mail correspondence with Harley Goldstein and Carl Lane regarding same (0.3) | 0.70 |
| Jun 13, 2006 | HJG | Draft e-mail correspondence to Matt Botica (Agent's counsel) confirming revised settlement proposal described in his voice-mail (0.4); draft e-mail correspondence to Carl Lane (Deloitte) and Aaron Hammer regarding same and related issues (and briefly discuss same with Aaron Hammer) (0.2); contemplate same (0.3); re-review original voice-mail in response to Matt Botica's further revisions to settlement proposal and additional multiple e-mail correspondence from and to Matt Botica regarding same (0.6); additional e-mail correspondence from and to Carl Lane and Aaron Hammer regarding equipment analysis (for evaluation of settlement offer) (0.1); additional e-mail correspondence to Matt Botica regarding same (0.1) | 1.70 |
| Jun 14, 2006 | AH | Review e-mail correspondence between Matt Botica and Harley Goldstein regarding lenders' settlement proposal concerning Committee complaint (0.3); e-mail correspondence with Harley Goldstein and Carl Lane regarding same (0.2) | 0.50 |
| Jun 16, 2006 | AH | Review Debtors' objection to Robinson Brothers Construction lien claim (0.5); review Qwest Corporation's response to Debtors' omnibus objection to lien claims (0.7) | 1.20 |
| Jun 19, 2006 | AH | Telephone conferences with Carl Lane regarding issues concerning equipment encumbrances (0.3) | 0.30 |
| Jun 19, 2006 | AH | Review Debtors' motion for order amending lien adjudication procedures (0.6) | 0.60 |
| Jun 19, 2006 | AH | E-mail correspondence with Joseph DiRago regarding issues concerning bank complaint (0.1) | 0.10 |
| Jun 19, 2006 | POA | Address service issues concerning bank complaint, and e-mail correspondence with working group regarding same (0.5) | 0.50 |

**Freeborn & Peters LLP**

| | | | |
|---|---|---|---|
| Jun 20, 2006 | JBD | Research Illinois UCC regarding proper perfection of lien on rolling stock (1.6); research Illinois Motor Vehicle Code regarding proper perfection of rolling stock and certificate of title issues (1.3); multiple e-mail correspondence with Aaron Hammer regarding research (0.4); telephone strategy conference with Aaron Hammer regarding issues concerning research (0.2); draft e-mail memorandum to Aaron Hammer regarding issues concerning proper perfection of non-titled rolling stock (1.2); research definition of special mobile equipment (0.6) | 5.30 |
| Jun 20, 2006 | AH | Review e-mail memorandum from Joseph DiRago regarding perfection of security interests in untitled equipment under Illinois law (0.2); review Illinois Uniform Commercial Code sections related to perfection of security interests in untitled "special mobile equipment" (0.6); telephone conference and e-mail correspondence with Carl Lane regarding perfection in equipment and related issues (0.3) | 1.10 |
| Jun 20, 2006 | POA | Address service issues concerning bank complaint and e-mail correspondence with working group regarding same (0.5) | 0.50 |
| Jun 22, 2006 | AH | Multiple telephone conferences and e-mail correspondence with Carl Lane regarding issues concerning perfection of security interests in untitled equipment under Illinois law (0.6); review updated unsecured claim analysis, lenders' lien analysis, and casualty loss estimates prepared by Deloitte in connection with analysis of lenders' settlement proposal (0.9) | 1.50 |
| Jun 23, 2006 | AH | E-mail correspondence with Carl Lane regarding analysis of potential recovery scenarios in connection with evaluation of lenders' settlement proposal (0.3); review and analyze memorandum from Carl Lane regarding analysis of potential recovery scenarios (1.5); e-mail correspondence from Carl Lane regarding transmission of Debtors' disposition analysis per John Starr (0.1); review Debtors' disposition analysis (0.7); review e-mail correspondence between Carl Lane and John Starr regarding Debtors' equipment liquidation (0.2) | 2.80 |
| Jun 26, 2006 | AH | Telephone strategy conference with Harley Goldstein regarding issues concerning lenders' settlement proposal (0.2); strategy conference with Sven Nylen regarding issues concerning lenders' settlement proposal and preparing summary memorandum to Committee (0.4); e-mail correspondence with Forrest Lammiman, Carl Lane, Matt Botica, and Harley Goldstein regarding conference on lenders' settlement proposal (0.3); review materials prepared by Deloitte in connection with continued evaluation of lenders' settlement proposal (1.8) | 2.70 |
| Jun 26, 2006 | STN | Review correspondence regarding lenders' settlement proposal (0.1); strategy conference with Aaron Hammer regarding issues concerning same (0.4) | 0.50 |
| Jun 27, 2006 | AH | Multiple strategy conferences with Sven Nylen regarding additional facts and legal issues relevant to bank litigation, settlement proposal from lenders, and preparation of memorandum to Committee concerning same (0.5); e-mail correspondence and conference with Thomas Fawkes regarding closing of unrelated adversary proceeding case against Deutsche Bank (0.4) | 0.90 |
| Jun 27, 2006 | STN | Analyze correspondence from counsel to bank agent regarding lenders' settlement proposal (0.2); review cash collateral order in connection with same (0.7); review materials prepared by financial advisor in connection with analyzing proposal (1.0); strategy conference with Aaron Hammer regarding issues concerning settlement proposal (0.5); draft memorandum to Committee regarding same (2.0); consider settlement counter-offer structure (0.4) | 4.80 |
| Jun 28, 2006 | AH | Multiple strategy conferences with Sven Nylen regarding issues concerning settlement proposal from lenders, draft memorandum to Committee regarding same, and organizing Committee meeting to discuss settlement proposal (0.4); review and substantially revise draft memorandum to Committee regarding settlement proposal from lenders (1.7); e-mail correspondence with Committee members regarding meeting to discuss lenders' settlement proposal (0.3); telephone conference with Carl Lane regarding settlement issues (0.3); review e-mail memorandum from Carl Lane outlining settlement issues (0.4) | 3.10 |
| Jun 28, 2006 | STN | Multiple strategy conferences with Aaron Hammer regarding issues concerning settlement proposal (0.4); revise memorandum to Committee regarding same (0.5) | 0.90 |

# Freeborn & Peters LLP

| Jun 29, 2006 | AH | Review and revise memorandum to Committee members outlining settlement proposal from lenders based on comments and additional financial analysis provided by Carl Lane (0.7); strategy conferences with Sven Nylen regarding same and Committee meeting organizational matters (0.4); telephone strategy conferences with Harley Goldstein regarding issues concerning same (0.2); e-mail correspondence with Matt Botica, Forrest Lammiman, and Carl Lane regarding scheduling settlement conference with bank agent's and Debtors' counsel (0.3) | 1.60 |
| Jun 29, 2006 | STN | Strategy conferences with Aaron Hammer regarding issues concerning settlement proposal (0.4); e-mail correspondence with Committee members regarding conference call to discuss same (0.2) | 0.60 |
| Jun 30, 2006 | AH | E-mail correspondence and telephone strategy conferences with Sven Nylen regarding issues concerning memorandum summarizing settlement proposal from lenders and Committee meeting with respect to same (0.4) | 0.40 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Goldstein, Harley J. | 2.80 | 465.00 | $1,302.00 |
| Hammer, Aaron L. | 19.50 | 450.00 | $8,775.00 |
| Fawkes, Thomas R. | 1.30 | 265.00 | $344.50 |
| DiRago, Joseph B. | 5.30 | 235.00 | $1,245.50 |
| Nylen, Sven T. | 6.80 | 265.00 | $1,802.00 |
| Allen, Patricia O. | 1.00 | 160.00 | $160.00 |
| TOTAL HOURS | 36.70 | | |
| TOTAL FEES | | | $13,629.00 |

**TOTAL FEES AND DISBURSEMENTS**          **$13,629.00**

1269384v1

3

# Freeborn & Peters LLP

Statement No: 99866070

**For professional services rendered to the Official Committee of Unsecured Creditors of Orius Corp.,** *et al.* **with regard to:**

## COMMITTEE MEETINGS & GOVERNANCE

| | | | |
|---|---|---|---|
| Jun 1, 2006 | AH | Multiple telephone conferences with Joseph DiRago regarding legal research on Committee disclosure obligations (0.3) | 0.30 |
| Jun 2, 2006 | JBD | Research regarding disclosure requirements of Committees under amendments to Bankruptcy Code (2.1); conferences with Aaron Hammer regarding same (0.3); research dockets of other post-amendment cases for precedent concerning new solicitation requirements (0.9) | 3.30 |
| Jun 2, 2006 | AH | Multiple e-mail correspondence with Joseph DiRago regarding legal research on committee disclosure obligations (0.4) | 0.40 |
| Jun 5, 2006 | AH | Multiple strategy conferences with Joseph DiRago to discuss disclosure procedures adopted by Pilant committee (0.2); review order establishing disclosure procedures in Pilant bankruptcy case (0.7) | 0.90 |
| Jun 12, 2006 | JBD | Research caselaw regarding committee's obligations under amended section 1102(b)(3) of Bankruptcy Code (1.4); revise memorandum regarding same (1.6); strategy conference with Aaron Hammer regarding issues concerning same (0.2) | 3.20 |
| Jun 12, 2006 | AH | E-mail correspondence and multiple strategy conferences with Joseph DiRago regarding issues concerning new committee disclosure requirements (0.6); analyze disclosure requirements under amended section 1102(b) of Bankruptcy Code (1.2) | 1.80 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Hammer, Aaron L. | 3.40 | 450.00 | $1,530.00 |
| DiRago, Joseph B. | 6.50 | 235.00 | $1,527.50 |
| TOTAL HOURS | 9.90 | | |
| TOTAL FEES | | | $3,057.50 |

| | |
|---|---|
| **TOTAL FEES AND DISBURSEMENTS** | **$3,057.50** |

1269385v1

# Freeborn & Peters LLP

Statement No: 99887249

**For professional services rendered to the Official Committee of Unsecured Creditors of Orius Corp.,** *et al.* **with regard to:**

## CREDITORS INQUIRIES, NEGOTIATIONS, AND SETTLEMENT

| | | | |
|---|---|---|---|
| Jun 27, 2006 | AH | Review motion to approve settlement agreement with Les Schwab Warehouse Center, Inc. (0.5); e-mail correspondence with Thomas Fawkes regarding handling hearing on same (0.1) | 0.60 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Hammer, Aaron L. | 0.60 | 450.00 | $270.00 |
| TOTAL HOURS | 0.60 | | |
| TOTAL FEES | | | $270.00 |

**TOTAL FEES AND DISBURSEMENTS**                **$270.00**

1269386v1

# Freeborn & Peters LLP

Statement No: 99866071

**For professional services rendered to the Official Committee of Unsecured Creditors of Orius Corp., *et al.* with regard to:**

## ASSET SALES

| | | | |
|---|---|---|---|
| Jun 23, 2006 | AH | E-mail correspondence from Carl Lane regarding transmission of Debtors' disposition analysis per John Starr (0.1); review Debtors' disposition analysis (0.7); review e-mail correspondence between Carl Lane and John Starr regarding Debtors' equipment liquidation (0.2) | 1.00 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Hammer, Aaron L. | 1.00 | 450.00 | $450.00 |
| TOTAL HOURS | 1.00 | | |
| TOTAL FEES | | | $450.00 |

| | |
|---|---|
| **TOTAL FEES AND DISBURSEMENTS** | **$450.00** |

#1269387

1269387v1

# Freeborn & Peters LLP

Statement No: 99887242

**For professional services rendered to the Official Committee of Unsecured Creditors of Orius Corp., _et al._ with regard to:**

## PLAN/DISCLOSURE STATEMENT

| | | | |
|---|---|---|---|
| Jun 14, 2006 | HJG | Multiple e-mail correspondence from and to Matt Botica (bank agent's counsel), Carl Lane (Deloitte), et al. regarding equipment list and accrued fees (0.3); follow up with working group regarding addressing Matt Botica's inquiry (0.2) | 0.50 |
| Jun 16, 2006 | AH | Review Debtors' motion to extend exclusive periods within which to file and solicit acceptances of plan of liquidation (0.5) | 0.50 |
| Jun 16, 2006 | HJG | Multiple e-mail correspondence with working group regarding further exclusivity extension (0.2) | 0.20 |
| Jun 19, 2006 | HJG | Contemplate message from Carl Lane (Deloitte) regarding settlement issues and evaluation (0.1) | 0.10 |
| Jun 20, 2006 | HJG | Return telephone call to Carl Lane (Deloitte) regarding bank agent's settlement proposal and related issues (0.1); draft e-mail correspondence to Matt Botica (bank agent's counsel) in response to his inquiry regarding professional fees (0.2); multiple e-mail correspondence from and to Carl Lane and Aaron Hammer regarding status of information requests necessary to evaluate settlement offer (and related legal issues) (0.1); return telephone call to Matt Botica regarding settlement proposal (0.1); contemplate voice-mails from Carl Lane and Matt Botica regarding settlement issues (0.3) | 0.80 |
| Jun 21, 2006 | HJG | Review e-mail correspondence from Aaron Hammer regarding meeting requested by Debtors' counsel and pending information requests (0.1); multiple e-mail correspondence from and to Debtors' counsel, bank agent's counsel, Aaron Hammer, and Carl Lane (Deloitte) regarding same and related issues (and contemplate same) (0.3) | 0.40 |
| Jun 26, 2006 | STN | Review Debtors' draft disclosure statement (0.3) | 0.30 |
| Jun 26, 2006 | HJG | Multiple e-mail correspondence from Forrest Lammiman (Debtors' counsel) and Matt Botica (bank agent's counsel) and to and from Carl Lane (Deloitte) and Aaron Hammer regarding global settlement meeting and discuss issues related to potential settlement with Aaron Hammer (0.4); contemplate same (0.1) | 0.50 |
| Jun 27, 2006 | STN | Continue review of Debtors' draft disclosure statement (0.3) | 0.30 |
| Jun 29, 2006 | HJG | Strategy conference with Aaron Hammer regarding settlement discussions, meeting regarding same, and other plan issues (0.1); contemplate same (0.1) | 0.20 |
| Jun 30, 2006 | AH | Review Debtors' motion for order extending exclusive periods within which to file and solicit acceptances of liquidation plan (0.3); e-mail correspondence with Thomas Fawkes regarding attending hearing on same (0.1) | 0.40 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Goldstein, Harley J. | 2.70 | 465.00 | $1,255.50 |
| Hammer, Aaron L. | 0.90 | 450.00 | $405.00 |
| Nylen, Sven T. | 0.60 | 265.00 | $159.00 |
| | | | |
| TOTAL HOURS | 4.20 | | |
| | | | |
| TOTAL FEES | | | $1,819.50 |

| | | |
|---|---|---|
| **TOTAL FEES AND DISBURSEMENTS** | | **$1,819.50** |

1269388v1

# Freeborn & Peters LLP

Statement No: 99866074

**For professional services rendered to the Official Committee of Unsecured Creditors of Orius Corp., *et al*. with regard to:**

## LITIGATION

| | | | |
|---|---|---|---|
| Jun 20, 2006 | TRF | Review Debtors' motion to lift automatic stay with respect to Santa Rosa, California litigation (0.2); multiple e-mail correspondence with working group regarding same (0.2) | 0.40 |
| Jun 20, 2006 | AH | E-mail correspondence from Thomas Fawkes regarding filing of motion to modify automatic stay to allow certain litigation to proceed against City of Santa Rosa (0.1); review same (0.5) | 0.60 |
| Jun 22, 2006 | AH | Prepare for and attend hearing on Debtors' motion for an order modifying the automatic stay to allow certain litigation to proceed against City of Santa Rosa (1.1) | 1.10 |
| Jun 23, 2006 | AH | Review order modifying automatic stay to allow certain litigation to proceed (0.2) | 0.20 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Hammer, Aaron L. | 1.90 | 450.00 | $855.00 |
| Fawkes, Thomas R. | 0.40 | 265.00 | $106.00 |
| | | | |
| TOTAL HOURS | 2.30 | | |
| | | | |
| TOTAL FEES | | | $961.00 |

|  | |
|---|---|
| **TOTAL FEES AND DISBURSEMENTS** | **$961.00** |

1269369v1