## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ORIUS CORP., *et al.* | ) | Case No. 05-B-63876 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Honorable Judge Bruce W. Black |
| | ) | |
| | ) | Hearing Date: December 23, 2009 |
| | ) | Hearing Time: 9:30 a.m. |

### NOTICE OF MOTION

TO:    See Attached Service List

**PLEASE TAKE NOTICE** that on **Wednesday, December 23, 2009 at 9:30 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Bruce W. Black**, United States Bankruptcy Judge, in the room usually occupied by him as a Courtroom in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Courtroom 615, Chicago, Illinois, or in his absence, before such other Judge who may be sitting in his place and stead and hearing bankruptcy motions, and shall then and there present the accompanying **Motion For Order (I) Entering Final Decree And Closing Chapter 11 Case; (II) Authorizing Abandonment Of Books, Records And Files; and (III) Granting Certain Related Relief**, a copy of which is attached hereto and is hereby served upon you, and shall pray for the entry of an order in conformity with the prayer of said pleadings.

Dated: November 30, 2009

Respectfully submitted,

THE ORIUS LIQUIDATION TRUST

 /s/ Forrest B. Lammiman
One of Its Attorneys

Forrest B. Lammiman (ARDC # 6208632)
Meltzer, Purtill & Stelle LLC
300 South Wacker Drive
Suite 3500
Chicago, IL 60606
Tel: (312) 987-9900
Fax: (312) 987-9854
FLammiman@mpslaw.com

## CERTIFICATE OF SERVICE

Forrest B. Lammiman, an attorney, hereby certifies that on November 30, 2009, he caused the foregoing **Motion For Order (I) Entering Final Decree And Closing Chapter 11 Case; (II) Authorizing Abandonment Of Books, Records And Files; and (III) Granting Certain Related Relief** and the proposed order entitled **Final Decree and Order Closing Case and Authorizing the Abandonment of Books and Records** to be filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt and listed below:

| | |
|---|---|
| Leslie Allen Bayles | lbayles@vedderprice.com |
| Timothy L. Binetti | tlb@rbrmlaw.com, tbinetti@tcfhlaw.com; trowden@tcfhlaw.com; mburt@tcfhlaw.com; lbalcitz@tcfhlaw.com |
| Thomas Blakemore | tblakemore@winston.com; ECF_bank@winston.com |
| Matthew J. Botica | mbotica@winston.com, ECF_BANK@winston.com |
| Francis X. Buckley | fxbuckleyjr@thompsoncoburn.com |
| W. Kent Carter | wcarter@clarkhill.com, estoneking@clarkhill.com |
| Mindy D. Cohn | mcohn@winston.com, pstepan@winston.com; ECF_BANK@winston.com |
| Jeffrey C. Dan | jdan@craneheyman.com, slydon@craneheyman.com; dwelch@craneheyman.com |
| Faith Dolgin | Faith.dolgin@illinois.gov |
| Kevin B. Duff | kduff@rddlaw.net, kpritchard@rddlaw.net |
| Michael M. Eidelman | meidelman@vedderprice.com, ect-docket@vedderprice.com |
| Nancy G. Everett | neverett@winston.com, ECF_Bank@winston.com |
| Thomas R. Fawkes | tfawkes@freebornpeters.com, bkdocketing@freebornpeters.com |
| Amy Glavin-Grogan | kim@garellilaw.com |
| Jeffrey L. Gansberg | gansberg@live.com |
| Mary E. Gardner | mgardner@rdlmlaw.com, megardner@earthlink.net |
| Aaron L. Hammer | ahammer@freebornpeters.com, bkdocketing@freebornpeters.com |
| Katherine Heid Harris | kharris@lockelord.com, docket@lockelord.com |
| James R. Irving | Jim.irving@dlapiper.com |

| Shira R. Isenberg | sisenberg@freebornpeters.com, bkdocketing@freebornpeters.com |
|---|---|
| Harold D. Israel | hisrael@kayescholer.com, keanderson@kayescholer.com |
| Richard G. Jensen | rjensen@fwhtlaw.com |
| Lisa D. Johnson | Lisa.johnson@hklaw.com |
| David L. Kane | dkane@mpslaw.com |
| Jonathan D. Karmel | Jon_karmellaw@ameritech.net |
| Frank J. Kokoszka | fkokoszka@k-jlaw.com, admin@k-jlaw.com |
| Forrest B. Lammiman | flammiman@mpslaw.com |
| Michael D. Lee | mlee@schuylerroche.com, vvillagomez@schuylerroche.com |
| Ian K. Linnabary | ikl@renozahm.com |
| Harold E. McKee | hmckee@rmp-llc.com |
| Wendy E. Morris | wmorris@freebornpeters.com, bkdocketing@freebornpeters.com |
| William T. Neary | USTPRegion11.ES.ECF@usdoj.gov |
| David A. Newby | dnewby@jnlegal.net, cjohnson@jnlegal.net |
| Patricia E. Rademacher | prademacher@costonlaw.com, jrojas@costonlaw.com; vivers@costonlaw.com; amuchoney@costonlaw.com |
| Travis Rojakovick | trojakovick@mayerbrown.com |
| Jennifer Rojas | jrojas@costonlaw.com |
| Hans U. Stucki | hstucki@ebglaw.com, lbrookins@ebglaw.com |
| John R. Weiss | jrweiss@duanemorris.com |

   Additionally, the parties on the attached Service List were served via United States mail, first class postage prepaid.  Parties may access this filing through the Court's CM/ECF system.

/s/ Forrest B. Lammiman

In Re: ORIUS CORP., et al – Case No. 05-B-63876

## SERVICE LIST

United States Trustee
219 S. Dearborn #873
Chicago, IL  60604

Matthew J. Botica
Thomas Blakemore
Mindy D. Cohn
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL  60601-9703

Deutsche Bank Trust Company Americas,
as Administrative Agent
(Attn:  D. Lazarov)
60 Wall Street – 11th Floor
New York, NY  10005

Aaron L. Hammer
Thomas R. Fawkes
Freeborn & Peters LLP
311 S. Wacker Drive – Suite 3000
Chicago, IL  60606-6677

IL Dept. of Employment Security
Bankruptcy Unit (Attn: D. Johnson)
33 S. State Street
Chicago, IL  60603

Hilco Industrial, LLC
Attn: Eric Kaup
5 Revere Drive – Suite J206
Northbrook, IL  60062

Internal Revenue Service
230 S. Dearborn St. – Mail Stop 5010 CHI
Attn:  Genora Reed
Chicago, IL  60604

Schatz Enterprises, Inc.
Attn:  David Schatz
700 Schatz Lane (PO Box 92)
Sullivan, MO  63080

{33113: 001: 00494942.DOC :4 }

In Re: ORIUS CORP., et al – Case No. 05-B-63876

## SERVICE LIST

Illinois Department of Revenue
Bankruptcy Section, Level 7-425
100 W. Randolph St.
Chicago, IL  60601

McCarthy, Leonard Kaemmerer Owen
McGovern, Striler & Menghini
(Attn: M. Kaemmerer)
400 S. Woods Mill Road – Suite 250
Chesterfield, MO  63017

Kevin B. Duff
Rachlis Durham Duff & Adler
542 S. Dearborn St. – Suite 900
Chicago, IL  60605

Sills Cummis Epstein & Gross PC
Attn: Andrew Sherman
One Riverfront Plaza
Newark, New Jersey  07102

GE Commercial Finance Capital Solutions
Attn:  J. Stine, Special Assets
10 Riverway Drive
Danbury, CT  06812

Smith & Brockhage LLP
Attn:  Randall Smith
3480 Buskirk Ave. – Suite 200
Pleasant Hill, CA  94523

City Attorney's Office
City of Santa Rosa, California
Attn:  B. Farrell and P. Wilson
100 Santa Rosa Ave. – Room 8
Santa Rosa, CA  95402

Gene R. Clark
HSBC Mortgage Services
1270 Northland Drive – Suite 200
Mendota Heights, MN  55120

In Re: ORIUS CORP., et al – Case No. 05-B-63876

## SERVICE LIST

Jay A. Kohler
K&M Services
482 Constitution Way – Suite 313
Idaho Falls, ID  83402

Arnall Golden Gregory LLP
Attn: D. Laddin and F. White
171 Seventeenth St. NW – Suite 210
Atlanta, GA  30363-1031

Chapman Cowherd Turner & Tschannen,
P.C.
Attn: Robert Cowherd
903 Jackson Street
Chillicothe, MO  64601

Mathis, Marifian Richter & Grandy
Attn: Mary Lopinot
23 Public Square – Suite 300
Beleville, IL  62220

Leslie Allen Bayles
Vedder Price PC
222 N. LaSalle Street – Suite 2600
Chicago, IL  60601-1003

Harold E. McKee
Riordan McKee & Piper LLC
10 N. Dearborn St. – #400
Chicago, IL  60602

Linebarger Goggan Blair & Sampson
Attn:  Elizabeth Weller
2323 Bryan Street – Suite 1600
Dallas, TX  75201

Evans Keane LLP
Attn:  Jed W. Manwaring
1405 W. Main Street
Boise, ID  83701

In Re: ORIUS CORP., et al – Case No. 05-B-63876

## SERVICE LIST

Michael M. Eidelman
Vedder Price PC
222 N. LaSalle St. – Suite 2600
Chicago, Ill  60601-1003

Patricia E. Rademacher
Jennifer Rojas
Coston & Rademacher
105 W. Adams – Suite 1400
Chicago, IL  60603

Conway & Mrowiec
Attn:  Keneneth A. Cripe
20 S. Clark St. – Suite 750
Chicago, IL  60603

Mark Sorrentino
Maryland Dept. of Labor, Licensing & Reg.
Office of Unemployment Insurance
1100 N. Eutaw St. – Room 401
Baltimore, MD  21201

Francis X. Buckley
Thompson Coburn LLP
One U.S. Bank Plaza
St. Louis, MO  63101

Vinson & Elkins, LLP
Attn:  John F. West
1001 Fannin Street – Suite 2500
Houston, TX  77002

Robinson Waters O'Dorisio
Attn:  Anthony L. Leffert
1099 18th Street – Suite 2600
Denver, CO  80202-1926

Thompson Coburn LLP
55 E. Monroe Street
Chicago, IL  60603

{33113: 001: 00494942.DOC :4 }

In Re: ORIUS CORP., et al – Case No. 05-B-63876

SERVICE LIST


Bankruptcy Administration
IKON Financial Services
1738 Bass Road
Macon, GA  31208-3708

Garelli & Associates
Attn:  Amy Galvin Grogan
340 W. Butterfield Rd. – Suit 2A
Elmhurst, IL  60126


Linebarger Cogan Blair & Sampson
Attn:  John P. Dillman
1301 Travis St. - #300
Houston, TX  77002

Qwest Corporation
Attn: Mark D. Schmidt
700 Mineral Ave., MN B1429
Littleton, CO  80120


Epstein Becker & Green, P.C.
Attn:  Howard A. Wolf-Rodda
1227 25th Street, NW / Suite 700
Washington, DC  20037

Kristie Stamps
c/o Qwest Services Corp.
200 S. 5th Street – Suite 2300
Minneapolis, MN  55402


Hans U. Stucki
Kevin J. Ryan
Epstein Becker & Green, P.C.
150 N. Michigan Ave.
35th Floor
Chicago, IL  60601

Tennessee Department of Revenue
c/o Attorney General Office
PO Box 20207
Nashville, TN  37202-0207


{33113: 001: 00494942.DOC :4 }

In Re: ORIUS CORP., et al – Case No. 05-B-63876

## SERVICE LIST

Riffner Barber Rowden & Manassa
Attn: Timothy Binetti
1834 Walden Office Square - #500
Schaumburg, IL  60173

Jay A. Kohler
1418 W. Colorado Avenue
Idaho Falls, ID  83402

Duane Morris LLP
Attn: John R. Weiss
190 S. LaSalle Street
Suite 3700
Chicago, IL  60603

Goldberg Kohn
Attn: Shira R. Isenberg
55 E. Monroe Street – Suite 3300
Chicago, IL  60603

Crane Heyman Simon Welch & Clar
Attn: Jeffrey C. Dan
135 S. LaSalle St. – Suite 1540
Chicago, IL 60603

Jeffrey L. Gansberg
Much Shelist Denenberg Ament & Rubenstein
191 N. Wacker Drive
Suite 1800
Chicago, IL 60606

Kaye Scholer
Attn: Harold D. Israel
70 W. Madison St. – Suite 4100
Chicago, IL  60602

The Karmel Law Firm
Attn: Jonathan Karmel
221 N. LaSalle St. – Suite 1414
Chicago, IL  60601

{33113: 001: 00494942.DOC :4 }

In Re: ORIUS CORP., et al – Case No. 05-B-63876

## SERVICE LIST

Kokoszka & Janczur
Attn:  Frank J. Kokoszka
140 S. Dearborn St. – Suite 1610
Chicago, IL  60603

Blau & Bonavich
Attn:  Leslie A. Blau
140 S. Dearborn St. – Suite 1610
Chicago, IL  60603

Michael D. Lee
Schuyler Roche PC
130 E. Randolph St. – Suite 3800
Chicago, IL  60601

Reno & Zahm
Attn:  Ian K. Linnabary
2902 McFarland Road – Suite 400
Rockford, IL  61107

Johnson & Newby
Attn:  David A. Newby
39 S. LaSalle St. – Suite 820
Chicago, IL  60603

Bell Boyd & Lloyd
Attn:  Sven T. Nylen
70 W. Madison St. – Suite 3100
Chicago, IL  60602

Lisa D. Johnson
Richard R. Winter
Jonathan E. Strouse
Holland & Knight LLP
131 S. Dearborn St., 30th Floor
Chicago, IL  60603

Fabyanske Westra Hart & Thompson
Attn:  Richard G. Jensen
800 N. LaSalle Ave. – Suite 1900
Minneapolis, MN  55402

In Re: ORIUS CORP., et al – Case No. 05-B-63876

SERVICE LIST

Missouri Dept. of Revenue
Attn:  Steven A. Ginther
301 W. High Street – Room 607
Jefferson City, MO  65105-0475

Travis Rojakovick
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606

W. Kent Carter
Clark Hill
150 N. Michigan Avenue
Suite 2400
Chicago, IL 60601

T. Darin Boggs
Boggs, Avellino, Lach & Boggs
7912 Bonhomme
Suite 400
St. Louis, MO 63105-1912

Katherine Heid Harris
Locke Lord Bissell & Liddell, LLP
111 South Wacker Drive
Chicago, IL 60606

U.S. Department of Labor
200 Constitution Ave., NW
Washington, DC 20210

U.S. Department of Labor
200 W. Adams Street, Suite 1600
Chicago, IL 60606

Mark K. Ames
Taxing Authority Consulting Services PC
2812 Emerywood Parkway, Suite 220
Richmond, VA 23294

In Re: ORIUS CORP., et al – Case No. 05-B-63876

## SERVICE LIST

Alan I. Ehrenberg
Ehrenberg & Egan, LLC
10 S. Riverside Plaza, Suite 1800
Chicago, IL 60606

Mark Griffin
Department of Revenue
PO Box 320001
Montgomery, AL 36132

Julie Adams Jacobs
Assistant Attorney General
40 Capitol Square SW
Atlanta, GA 30334

Dwight Samuel Johnson
Johnson & Monteleone, LLP
405 South 8th Street, Suite 250
Boise, ID 83702

PA Department of Labor & Industry
Office of Unemployment Benefits
6th Floor BPC
651 Boas Street
Harrisburg, PA 17121

Andrew H. Sherman
Sills Cummis Epstein & Gross
One Riverfront Plaza
Newark, NJ 07102

State of Michigan
Department of Treasury
Revenue Division
P.O. Box 30754
Lansing, MI 48909

Michelle T. Sutter
Principal Assistant Attorney General
Ohio Attorney General's Office
30 East Broad Street, 17th Floor
Columbus, OH 43215

In Re: ORIUS CORP., et al – Case No. 05-B-63876

## SERVICE LIST

Contrarian Funds, LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

Tony Kim
Schad, Diamond & Schedden, PC
332 South Michigan Avenue, Suite 1000
Chicago, IL 60604

Fabel Haber LLC
55 East Monroe Street
Chicago, IL 60603

PA Department of Labor & Industry Office
of Uncmployment Compensation
Harrisburg Bankruptcy and Compensation
333 Market Street, 16th Floor
Harrisburg, PA 17101-2235

Michelle T. Sutter
1600 Carew Tower
441 Vine Street
Cincinnati, OH 45202

Danielle M. Kays
Cheng Cohen LLC
1101 W. Fulton Market
Suite 200
Chicago, IL 60607

Alabama Department of Revenue
Individual and Corporate
Corporate Tax Section
P.O. Box 327430
Montgomery, AL 36132-7430

Alaska Department of Revenue
P.O. Box 110420
Juneau, AK 99811-0420

In Re: ORIUS CORP., et al – Case No. 05-B-63876

## SERVICE LIST

Arkansas Secretary of State
Business Services Division
State Capitol
Little Rock, AR 72201

Assessment Department
Business Personal Property
321 W. Lexington
Independence, MO 64050-3711

Arizona Department of Revenue
1600 W. Monroe
Phoenix, AZ 85007-2650

Colorado Department of Revenue
1375 Sherman St.
Denver, CO 80261-0001

Commonwealth of Virginia
Department of Taxation
Attn: Mr. William Cardine
PMB 160, Junct. Plaza #16
Ashburn, VA 20147-3408

Comptroller of Maryland
Revenue Administration Division
Annapolis, MD 21411-0001

Department of Revenue
P.O. Box 5805
Helena, MT 59604-5805

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

In Re: ORIUS CORP., et al – Case No. 05-B-63876

## SERVICE LIST

Delaware Division of Revenue
P.O. Box 2044
Wilmington, DE 19899-2044

Department of Revenue
Bureau of Corporation Tax
P.O. Box 280701
Harrisburg, PA 17128-0701

Department of Revenue
P.O. Box 94818
Lincoln, NE 68509-4818

Department of Revenue
P.O. Box 14790
Salem, OR 97309-0470

Department of Revenue Service
Taxpayer Services Division
25 Sigourney Street
Hartford, CT 06106-5041

District of Columbia
Office of Tax and Revenue
941 North Capitol Street
Washington, DC 20002-4259

Division of Taxation
Revenue Processing Center
P.O. Box 666
Trenton, NJ 08646-0666

Florida Department of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32304-9278

In Re: ORIUS CORP., et al – Case No. 05-B-63876

## SERVICE LIST

Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0001

Georgia Department of Revenue
1800 Century Center Blvd.
Atlanta, GA 30345-3205

Idaho State Tax Commission
Bankruptcy Unit
P.O. Box 36
Boise, ID 83722-0036

Illinois Department of Revenue
P.O. Box 19008
Springfield, IL 62794-9008

Indiana Department of Revenue
100 N. Senate Avenue
Indianapolis, IN 46204-2253

Iowa Department of Revenue
P.O. Box 10468
Des Moines, IA 50306-0468

Kansas Department of Revenue
915 SW Harrison Street
Topeka, KS 66699-0001

Kentucky Revenue Cabinet
Frankfort, KY 40620-0001

In Re: ORIUS CORP., et al – Case No. 05-B-63876

## SERVICE LIST

Louisiana Department of Revenue
P.O. Box 91011
Baton Rouge, LA 70821-9011

Maine Revenue Services
P.O. Box 1062
Augusta, ME 04332-1062

Massachusetts Department
P.O. Box 7025
Boston, MA 02204-7025

Minnesota Revenue
Mail Station 1250
St. Paul, MN 55145-0001

NH Department of Revenue
Document Processing Division
P.O. Box 637
Concord, NH 03302-0637

New York State Department of Taxation &
Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300

Office of Revenue
P.O. Box 23050
Jackson, MS 39225-3050

Ohio Department of Taxation
P.O. Box 27
Columbus, OH 43216-0027

In Re: ORIUS CORP., et al – Case No. 05-B-63876

## SERVICE LIST

Ohio Department of Taxation
Bankruptcy Division
P.O. Box 530
Columbus, OH 43216

Regional Income Tax Agency
P.O. Box 89475
Cleveland, OH 44101-6475

Rhode Island Division of Revenue
One Capital Hill
Providence, RI 02908-5816

SC Department of Revenue
P.O. Box 12265
Columbia, SC 29211-2265

State of Maryland
Department of Assessments
Personal Property Division
301 West Preston Street
Baltimore, MD 21201-2305

State of Minnesota –Department of Revenue
Bankruptcy Section – Collection Division
P.O. Box 64447
Saint Paul, MN 55164-0447

State Tax Commission
P.O. Box 56
Boise, ID 83756-0056

State of Nevada
P.O. Box 52609
Phoenix, AZ 85072-2609

{33113: 001: 00494942.DOC :4 }

In Re: ORIUS CORP., et al – Case No. 05-B-63876

SERVICE LIST

State of New Hampshire
Department of Revenue Administration
Pierre O. Boisvery
P.O. Box 454
Concord, NH 03302-0454

State of South Carolina
Department of Revenue
301 Gervais Street
Columbia, SC 29201-3028

State of New Jersey
Division of Taxation Bankruptcy Unit
P.O. Box 245
Trenton, NJ 08646-0245

State of Oregon
Department of Revenue
955 Center Street NE
Salem, OR 97301-2553

Tennessee Department of Revenue
Andrew Jackson State Office
500 Deaderick Street
Nashville, TN 37242-0001

Taxation & Revenue Department
P.O. Box 25127
Santa Fe, NM 87504-5127

Texas Comptroller of Public
111 E. 17th Street
Austin, TX 78774-0001

Texas Secretary of State
Corporations Section
P.O. Box 13697
Austin, TX 78711-3697

In Re: ORIUS CORP., et al – Case No. 05-B-63876

SERVICE LIST

Utah State Tax Commission
210 N. 1950 W
Salt Lake City, UT 84134-9000

Vermont Department of Tax
109 State Street
Montpelier, VT 05609-1401

Vermont Department of Taxes
P.O. Box 429
Montpelier, Vt 05601-0429

Virginia Department of Taxes
P.O. Box 1500
Richmond, VA 23218-1500

Wisconsin Department of Revenue
P.O. Box 8908
Madison, WI 53708-8908

State of New Jersey
Department of Treasurer
Attn:  Mr. Jeff Cooper
P.O. Box 269
Trenton, NJ 08695-0269

State of Wisconsin
Department of Revenue
2135 Rimrock Road
P.O. Box 8901
Madison, WI 53708-8901

Norman P. Fivel
Assistant Attorney General
New York State Attorney General's Office
Justice Building, Room C-11
Room 016990
Albany, NY 12224

{33113: 001: 00494942.DOC :4 }

In Re: ORIUS CORP., et al – Case No. 05-B-63876

## SERVICE LIST

Faith Dolgin, SPAAG
Illinois Department of Revenue
100 W. Randolph Street, 13th Floor
Chicago, IL 60601

Michelle T. Sutter
Assistant Attorney General
1600 Carew Tower
441 Vine Street
Cincinnati, OH 45202

James D. Newbold
Assistant Attorney General
State of Illinois
Revenue Litigation Bureau
100 W. Randolph Street
Chicago, IL 60601

T. Darrin Boggs
Boggs, Avellino, Lach & Boggs, LLC
7912 Bonhomme Ave., Suite 400
St. Louis, MO 63105

Billy Joe Walker
1114 W. Oklahoma St.
Sulphur Spring, OK 73086

Anthony K. Reiner
The Vogler Law Firm, P.C.
P.O/ Box 419037
Two City Place Drive – Suite 150
St. Louis, MO 63141

Andrew A. Boros
Kopka Pinkus Dolin & Eads, P.C.
200 N. LaSalle Street
Suite 2850
Chicago, IL 60601-1090

CNH Capital America LLC
Successor to Case Credit Corp.
P.O. Box 3600
Lancaster, PA 17604-3600

In Re: ORIUS CORP., et al – Case No. 05-B-63876

SERVICE LIST

De Lage Landen Financial
P.O. Box 41601
Philadelphia, PA 19101-1601

PinPoint DD Inc.
6200 West 800 North
Huntington, IN 46750-8877

Robert DiCapua
609 Lilly Road
Duncansville, PA 16635

TNT Underground
6327 East Lemhi Court
Napa, ID 83687-9176

{33113: 001: 00494942.DOC :4 }

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ORIUS CORP., *et al.* | ) | Case No. 05-B-63876 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Honorable Judge Bruce W. Black |
| | ) | |
| | ) | Hearing Date:  December 23, 2009 |
| | | Hearing Time:  9:30 a.m. |

**MOTION FOR ORDER (I) ENTERING FINAL DECREE AND CLOSING
CHAPTER 11 CASE; (II) AUTHORIZING ABANDONMENT OF BOOKS, RECORDS
AND FILES; AND (III) GRANTING CERTAIN RELATED RELIEF**

The Orius Liquidation Trust, by and through Lori Lapin Jones, not individually but solely in her capacity as Liquidation Trustee (the **"Trustee"**) of the Orius Liquidation Trust (the **"Trust"**), hereby submits this motion (the "**Motion**") under §§ 350 and 554 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.*, (the **"Bankruptcy Code"**), Rules 3022 and 6007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 3022-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the **"Local Rules"**) seeking an order (i) entering a final decree in and closing the chapter 11 case of Orius Corp. (the **"Remaining Debtor"**); (ii) authorizing the abandonment of books, records and files; and (iii) granting certain related relief, as described further herein.  In support of this Motion, the Trust respectfully states as follows:

## BACKGROUND

1.      On December 12, 2005 (the **"Petition Date"**), each of the Debtors[1] filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the **"Court"**), commencing the above-captioned chapter 11 cases.

2.      On November 16, 2006, this Court approved the Debtors' Plan.[2]

3.      The Effective Date of the Plan was December 21, 2006.

4.      As of the Effective Date, all of the remaining Property of the Estates was transferred to and vested in the Trust. Effective as of February 1, 2007, Lori Lapin Jones became the Trustee of the Trust.

5.      Final decrees have been entered with respect to each Debtor's case except the case of the Remaining Debtor, Orius Corp. (Case No. 05-63876).

6.      The Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 157 and 1334 and pursuant to Article XI of the Plan. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

7.      The statutory predicates for the relief requested in this Motion are §§ 350 and 554 of the Bankruptcy Code, Rules 3022 and 6007 of the Bankruptcy Rules and Rule 3022-1 of the Local Rules.

---

[1] The Debtors are the following entities: Orius Corp., NATG Holdings, LLC, Orius Telecom Services, Inc., Orius Telecommunication Services, Inc., Orius Central Office Services, Inc., Texor, Inc., CATV Subscriber Services, Inc., Hattech, Inc., Channel Communications, Inc., LISN, Inc., Copenhagen Utilities & Construction, Inc., LISN Company and U.S. Cable, Inc.

[2] Capitalized terms not otherwise defined in this Motion shall have the definitions ascribed to them in the Debtors' Second Amended Joint Plan of Liquidation.

## RELIEF REQUESTED

8.    By this Motion, the Trust requests that this Court enter a final decree and order closing the Remaining Debtor's case, which has been fully administered.  In addition, the Trustee seeks an order authorizing the abandonment of books, records and files and granting certain related relief, described below.

## APPLICABLE AUTHORITY

### A.    Entry of Final Decree and Case Closing

9.    The Remaining Debtor represents the sole Debtor whose case currently remains open; the chapter 11 cases for each of the other Debtors previously have been closed.  The Remaining Debtor's estate is now fully administered.  Accordingly, it is appropriate to close the Remaining Debtor's case at this time.

10.    Section 350(a) of the Bankruptcy Code provides that after an estate is fully administered "the court shall close the case."  Bankruptcy Rule 3022 further provides that "[a]fter an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case."

11.    The concept of "fully administered" means "the point when the estate reaches substantial consummation as defined by Section 1101(2) of the bankruptcy code."  *In re Wade*, 991 F.2d 402, 407, n. 2 (7th Cir. 1992).  Section 1101(2) of the Bankruptcy Code provides that:

(2) "substantial consummation" means:

(A)    transfer of all or substantially all of the property proposed by the plan to be transferred;

     (B)    assumption by the debtor or by the successor to the debtor under the plan of the business or of the management of all or substantially all of the property dealt with by the plan; and

     (C)    commencement of distribution under the plan.

12.    In addition, courts have directed that the following events should be considered when determining if an estate has been fully administered: 1) when the order confirming the plan has become final, 2) when deposits have been distributed, 3) when payments under the plan have been commenced and 4) when all motions, contested matters, and adversary proceedings have been resolved. *See In re Xpedior Inc.*, 354 B.R. 210, 219 (Bankr. N.D. Ill. 2006).

13.    The Trustee has made distributions on account of Chapter 11 administrative claims. There are no unresolved motions or contested matters involving the Remaining Debtor. Prior to the hearing on this Motion, all preference adversary proceedings relating to the Remaining Debtor will be closed.

14.    The Trust has concluded that there are insufficient Trust assets available to make a distribution on account of General Unsecured Claims. Therefore, the distribution to holders of General Unsecured Claims shall be $0.

15.    All fees owed to the Office of the United States Trustee have been timely paid to date. Prior to the hearing on this Motion, the Trust intends to make the required quarterly fee payment for fourth quarter 2009 to the Office of the United States Trustee.

16.    For the reasons described above, the Trust submits that the Remaining Debtor's estate has been fully administered, and, accordingly, it is entitled to the entry of a final decree closing the Remaining Debtor's chapter 11 case.

**B.      Abandonment of Books and Records**

17.      Section 554 of the Bankruptcy Code provides, in part, that "[a]fter notice and a hearing, the trustee may abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate."

18.      Article IX of the Trust Agreement provides, in part, that "[u]pon making the final distribution to the appropriate Beneficiaries, the Trustee may immediately abandon or destroy any then remaining books, records and files relating to the Liquidation Trust."

19.      Although the Trust Agreement appears to provide authority for the immediate abandonment of any "remaining books, records and files relating to the Liquidating Trust," the Trust, in the exercise of caution, respectfully requests authority to abandon all books and records pursuant to § 554 of the Bankruptcy Code.  There are thousands of books and records in storage which are no longer required.  The Trust will coordinate the destruction of these books and records.

**C.      Request for Limited Notice**

20.      Rule 3022-1 of the Local Rules provides, in part:

> Unless the court orders otherwise, debtors or other parties in
> interest moving after chapter 11 plan confirmation either to close
> the case or enter a final decree shall (1) give notice of such motion
> to the United States Trustee, any chapter 11 trustee, and all
> creditors, and (2) state within the notice or motion the actual status
> of all payments due to each class under the confirmed plan.

21.      Rules 6007 of the Bankruptcy Rules provides, in part, that "[u]nless otherwise directed by the court, the trustee or debtor in possession shall give notice of a proposed abandonment or disposition of property to the United States trustee, all creditors, indenture trustees, and committees . . ."

22.     Notice of this Motion has been given to: (a) the United States Trustee; (b) counsel to Deutsche Bank Trust Company Americas, as agent for the Prepetition Lenders; (c) former counsel to the Official Committee of Unsecured Creditors; (d) all parties who have requested notices in the Debtors' cases; and (e) select government entities.  In light of the nature of the relief requested, the Trust respectfully requests that the Court deem the service of the Motion as described herein to be adequate and find that no further notice is required.

**WHEREFORE**, the Trust respectfully requests that the Court (a) enter a Final Decree and Order Closing Case and Authorizing the Abandonment of Books and Records for the Remaining Debtor, in substantially in the form attached as <u>Exhibit A</u>, closing the Remaining Debtor's case, authorizing the abandonment of books, records and files of the Trust, and limiting notice, as provided herein, and (b) grant such other and further relief as the Court may deem proper.

Dated: November 30, 2009

Respectfully submitted,

**THE ORIUS LIQUIDATION TRUST**

 /s/ Forrest B. Lammiman
One of Its Attorneys

Forrest B. Lammiman (ARDC # 6208632)
Meltzer, Purtill & Stelle LLC
300 South Wacker Drive
Suite 3500
Chicago, Illinois 60606
Tel:  (312) 987-9900
Fax:  (312) 987-9854
flammiman@mpslaw.com