# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ORIUS CORP., | ) | Case No. 05-B-63876 |
| | ) | |
| Debtor. | ) | Honorable Judge Bruce W. Black |
| | ) | |

## FINAL DECREE AND ORDER CLOSING CASE AND AUTHORIZING THE ABANDONMENT OF BOOKS AND RECORDS

Upon the motion dated November 30, 2009 (the "Motion"), wherein The Orius Liquidation Trust (the "Trust"), by and through Lori Lapin Jones, not individually but solely in her capacity as Liquidation Trustee of the Orius Liquidation Trust, moved this Court, *inter alia*, for a final decree and order pursuant to 11 U.S.C. § 350(a), Rule 3022 of the Bankruptcy Rules[1] and Rule 3022-1 of the Local Rules closing the chapter 11 case of Orius Corp. and authorizing the abandonment of books and records pursuant to 11 U.S.C. § 554 and Rule 6007 of the Bankruptcy Rules; it appearing to the Court that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors; (iv) proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and (v) upon the record herein after due deliberation thereon, that the Motion should be granted as set forth below:

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed in the Motion.

{33113: 001: 00495962.DOC :6 }

1.  The Court hereby enters this Final Decree and Order ordering that the liquidation case of Orius Corp. (Case No. 05-63876) be and hereby is closed; and

2.  This Court hereby authorizes the abandonment of the books and records of the Debtors.

3.  The Trustee is hereby authorized to take such steps as may be necessary to implement this Order.

Dated: Chicago, Illinois
       December ___, 2009

_____
United States Bankruptcy Judge

2 3 DEC 2009